B6A (Official Form 6A) (12/07)

In re   **Better Bedding Shops, Inc.**                           ,        Case No.   **09-20481 (ASD)**

                                           Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| NONE | | - | 0.00 | 0.00 |

| | | |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |

(Report also on Summary of Schedules)

  **0**   continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                     Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Better Bedding Shops, Inc.**                                          Case No.   **09-20481 (ASD)**
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account Bank of America 4 North Main Street West Hartford, CT 06107** | - | 346,404.43 |
| | | | **Trustee Account Rogin Nassau LLC CityPlace I, 22nd FL Hartford, CT 06103** | - | 203,000.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | **See Schedule 3 attached** | - | 29,918.38 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        579,322.81
(Total of this page)

__2__    continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Better Bedding Shops, Inc.**                                    Case No.   **09-20481 (ASD)**
_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | See Schedule 16 attached | - | 123,549.57 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >    **123,549.57**
(Total of this page)

Sheet __**1**__ of __**2**__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re      **Better Bedding Shops, Inc.**                                    Case No. __**09-20481 (ASD)**__
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Trademark - Honest Advice.Low Price #2,130,630** | - | **Unknown** |
| | | **Trademark - Better Bedding - Registration #2,172,551** | - | **Unknown** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Secondhand Dealer of Bedding & Upholstered Furniture #SHD.CT.0006466** | - | **Unknown** |
| | | **Sterlilization Permit For Bedding & Upholstered Furniture #STP.CT.0002530** | - | **Unknown** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2006 Ford Van at book value** | - | **15,060.05** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **See Schedule 28 attached at book value** | - | **95,827.93** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | **Inventory at warehouse and stores at book value** | - | **1,217,190.95** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Leasehold improvements - see Schedule 28** | - | **789,868.82** |

|  |  |
|---|---|
| Sub-Total > | **2,117,947.75** |
| (Total of this page) | |
| Total > | **2,820,820.13** |

Sheet __**2**__ of __**2**__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

**SECURITY DEPOSITS**

| LANDLORDS | | |
|---|---|---|
| AVON | | 12,476.71 |
| ANSONIA | | 9,166.67 |
| EH STORE | | 4,500.00 |
| | | |
| UTILITIES | | |
| WALLINGFORD ELECTRIC | | 2,400.00 |
| TORRINGTON WATER | | 150.00 |
| CITY OF HOLYOKE | | 1,000.00 |
| BAYSTATE SPRINGFIELD | | 225.00 |
| | | 29,918.38 |

SYS REF: FR.325.RPT                    -=- Better Bedding Shops, Inc. -=-                    10:03:04 03/17/09
                                   F/R Aged Trial Balance Detail As Of 02/28/09                    PAGE: 1

| Payment Type | Description | Fin.Co. Code | Finance Company | Telephone Number | Contact |
|---|---|---|---|---|---|
| GE | GE CAPITOL | GE | GE CAPITOL | ( ) - | |

| Ref ID | TR Dte | Due Date | Trans | F/R Bal Dsp | Current | 1-30 PAST | 31-60 PAST | 61-90 PAST | 91-120 PAST | OVER 121 |
|---|---|---|---|---|---|---|---|---|---|---|
| .08781710 | 02/14/09 | 02/19/09 | INV | 1281.49 | | 1281.49 | | | | |
| .13794221 | 02/26/09 | 03/03/09 | INV | 681.70 | 681.70 | | | | | |
| .05793136 | 02/26/09 | 03/03/09 | INV | 938.69 | 938.69 | | | | | |
| .08796063 | 02/26/09 | 03/03/09 | CRM | -270.00 | -270.00 | | | | | |
| .11794807 | 02/26/09 | 03/03/09 | INV | 2173.45 | 2173.45 | | | | | |
| .21794683 | 02/26/09 | 03/03/09 | INV | 1059.89 | 1059.89 | | | | | |
| .02795543 | 02/26/09 | 03/03/09 | INV | 2861.95 | 2861.95 | | | | | |
| .13794731 | 02/26/09 | 03/03/09 | INV | 741.95 | 741.95 | | | | | |
| .13795952 | 02/26/09 | 03/03/09 | INV | 2754.94 | 2754.94 | | | | | |
| .06795008 | 02/27/09 | 03/04/09 | INV | 699.55 | 699.55 | | | | | |
| .06793500 | 02/27/09 | 03/04/09 | INV | 2168.71 | 2168.71 | | | | | |
| .22794841 | 02/27/09 | 03/04/09 | INV | 1059.95 | 1059.95 | | | | | |
| .22795253 | 02/27/09 | 03/04/09 | INV | 2119.95 | 2119.95 | | | | | |
| .08794953 | 02/27/09 | 03/04/09 | INV | 1271.95 | 1271.95 | | | | | |
| .04790636 | 02/28/09 | 03/05/09 | INV | 1674.69 | 1674.69 | | | | | |
| .07796235 | 02/28/09 | 03/05/09 | INV | 52.94 | 52.94 | | | | | |
| .06796248 | 02/28/09 | 03/05/09 | INV | 63.60 | 63.60 | | | | | |
| .08794348 | 02/28/09 | 03/05/09 | INV | 953.95 | 953.95 | | | | | |
| .06794664 | 02/28/09 | 03/05/09 | INV | 1377.89 | 1377.89 | | | | | |
| .21794668 | 02/28/09 | 03/05/09 | INV | 2395.49 | 2395.49 | | | | | |
| .09795348 | 02/28/09 | 03/05/09 | INV/CRM | -117.66 | -117.66 | | | | | |
| .06792603 | 02/28/09 | 03/05/09 | INV | 1801.95 | 1801.95 | | | | | |
| .04795801 | 02/28/09 | 03/05/09 | INV/CRM | 1110.93 | 1110.93 | | | | | |
| .04795178 | 02/28/09 | 03/05/09 | INV | 1481.83 | 1481.83 | | | | | |
| 90023 | 10/30/02 | 11/04/02 | PAY | -0.01 | | | | | | -0.01 |

|   | | | Total for Type: GE | 30339.77 | 29058.29 | 1281.49 | | | | -0.01 |
|   | | | Total for Finance Company: GE | 30339.77 | 29058.29 | 1281.49 | | | | -0.01 |
|   | | | Total Receivables Due: | 30339.77 | 29058.29 | 1281.49 | | | | -0.01 |

END OF REPORT FR.325.RPT

ADVERTISING COOP
FOR MONTH ENDING FEBRUARY 28, 2009

| | SEALY 1375 | STEARNS 1416 | SIMMONS 1388 | SERTA 1380 | COMFORTAIRE 1135 |
|---|---|---|---|---|---|
| BALANCE @ 01/31/09 | 59,589.37 | 20,351.40 | 30,927.10 | 0.00 | 1,806.82 |
| FEBRUARY | | | | | |
| OVER AND ABOVE | | | | | |
| FIGURES ADJUSTED | 0.00 | 20,351.40 | 0.00 | 0.00 | 0.00 |
| | 2 | 2 | 2 | 2 | -1,806.82 |
| | | | | | 2 |
| CREDITS RECEIVED | | | | | |
| BALANCE @ 02/28/09 | 59,589.37 | 0.00 | 30,927.10 | 0.00 | 0.00 |
| | 1 | 1 | 1 | 1 | 1 |

Balance @ 02/28/09 (z) 1            90,516.47
Balance per wtb 01-1195 - 000      112,674.69
                                    22,158.22

Balance @ 01/31/09 (z) 2           -22,158.22
Balance per wtb 01-6005              0.00
                                    22,158.22

Batch:                    Debit          Credit

Advertising Credits        6005    22,158.22
A/R Advertising Credits    1195                    22,158.22

## SEALY COOP 2009
**DECEMBER 2008 - NOVEMBER 2009**
**AS OF 02/28/09**

| MONTH | ADVERTISING ACCRUAL | ADS SUBMITTED TO MEDIANET | CREDITS RECEIVED | DATE RECEIVED | OVER & ABOVE | CREDITS RECEIVED | DATE RECEIVED | BALANCE DUE |
|---|---|---|---|---|---|---|---|---|
| 08 bal carried forward | | | | | | | | 746.37 |
| DECEMBER | 30,201.00 | | | | | | | 30,947.37 |
| | | | | | | | | 30,947.37 |
| JANUARY | 28,642.00 | | | | | | | 59,589.37 |
| OVER AND ABOVE - 5% LATEX | | | | | 6,106.05 | 6,106.05 | 01/22/09 | 59,589.37 |
| | | | | | | | | 59,589.37 |
| FEBRUARY | | | | | | | | 59,589.37 |
| | | | | | | | | 59,589.37 |
| MARCH | | | | | | | | 59,589.37 |
| | | | | | | | | 59,589.37 |
| APRIL | | | | | | | | 59,589.37 |
| | | | | | | | | 59,589.37 |
| MAY | | | | | | | | 59,589.37 |
| | | | | | | | | 59,589.37 |
| JUNE | | | | | | | | 59,589.37 |
| | | | | | | | | 59,589.37 |
| JULY | | | | | | | | 59,589.37 |
| | | | | | | | | 59,589.37 |
| AUGUST | | | | | | | | 59,589.37 |
| | | | | | | | | 59,589.37 |
| SEPTEMBER | | | | | | | | 59,589.37 |
| | | | | | | | | 59,589.37 |
| OCTOBER | | | | | | | | 59,589.37 |
| | | | | | | | | 59,589.37 |
| NOVEMBER | | | | | | | | 59,589.37 |
| | | | | | | | | 59,589.37 |
| TOTAL: | 58,843.00 | 0.00 | 0.00 | | 6,106.05 | 6,106.05 | | 59,589.37 |

## SIMMONS COOP 2009

__JANUARY 2009 - DECEMBER 2009__
AS OF 02/28/09

| MONTH | ADVERTISING ACCRUAL | ADS SUBMITTED TO ACB | CREDITS RECEIVED | DATE RECEIVED | BALANCE DUE |
|---|---|---|---|---|---|
| BALANCE '08 | | | | | 0.00 |
| JANUARY - ESTIMATE | 30,927.10 | | | | 30,927.10 |
| | | | | | 30,927.10 |
| FEBRUARY | | | | | 30,927.10 |
| | | | | | 30,927.10 |
| MARCH | | | | | 30,927.10 |
| | | | | | 30,927.10 |
| APRIL | | | | | 30,927.10 |
| | | | | | 30,927.10 |
| MAY | | | | | 30,927.10 |
| | | | | | 30,927.10 |
| | | | | | 30,927.10 |
| JUNE | | | | | 30,927.10 |
| | | | | | 30,927.10 |
| JULY | | | | | 30,927.10 |
| | | | | | 30,927.10 |
| AUGUST | | | | | 30,927.10 |
| | | | | | 30,927.10 |
| SEPTEMBER | | | | | 30,927.10 |
| | | | | | 30,927.10 |
| OCTOBER | | | | | 30,927.10 |
| | | | | | 30,927.10 |
| NOVEMBER | | | | | 30,927.10 |
| | | | | | 30,927.10 |
| DECEMBER | | | | | 30,927.10 |
| | | | | | 30,927.10 |
| TOTAL: | 30,927.10 | 0.00 | 0.00 | | 30,927.10 |

February 28 2009  February 29 2008                    February 28 2009  February 29 2008

| ASSETS | | | LIABILITIES | | |
|---|---|---|---|---|---|
| CASH | | | ACCOUNTS PAYABLE | | |
| CASH FLEET CHECKING | 253,132.40 | 108,791.11 | ACCOUNTS PAYABLE | -3,594,853.11 | -1,981,852.86 |
| ROSIN NASSAU ESCROW | 300,000.00 | 0.00 | POST ACCOUNTS PAYABL | 0.00 | 0.00 |
| CASH BANK OF AMERICA | 0.00 | 0.00 | | | |
| CASH VENDOR DISCOUNT | 33,430.20 | 19,794.64 | Total ACCOUNTS PAYABLE | -3,594,853.11 | -1,981,852.86 |
| CASH FLEET SAVINGS | 0.00 | 0.00 | ACCRUED EXPENSE | | |
| CASH FLEET SAVINGS | 0.00 | 0.00 | GIFT CERTIFICATES | -4,494.37 | -5,512.90 |
| CASH FLEET MONEY MAR | 1,951.60 | 21,511.72 | FICA/WH PAYABLE | -13.07 | 141.86 |
| | | | FUTA PAYABLE | -170.36 | -170.36 |
| Total CASH | 588,514.20 | 150,097.47 | SUTA PAYABLE | 245.00 | 245.00 |
| ACCOUNTS RECEIVABLE | | | 401K PAYABLE | 224.14 | 224.44 |
| ACCOUNTS RECEIVABLE | 2,643.09 | -9,197.12 | GUARDIAN MEDICAL FLE | -1,302.40 | -1,603.43 |
| ACCOUNTS RECEIVABLE | 4.17 | 2.03 | ACCRUED EXPENSE | -60,667.34 | -61,867.45 |
| | | | ACCRUED INTEREST | -8,000.00 | 0.00 |
| Total ACCOUNTS RECEIVABLE | 2,647.26 | -9,195.09 | ACCRUED INSURANCE | 0.00 | 0.00 |
| FINANCE RECEIVABLE | | | FIRST HSA - HEALTH S | 0.00 | 0.00 |
| FINANCE RECEIVABLE | 30,712.01 | 20,757.03 | POST GIFT CERTIFICAT | 0.00 | 0.00 |
| | | | POST FICA/WH PAYABLE | 0.00 | 0.00 |
| Total FINANCE RECEIVABLE | 30,712.01 | 20,757.03 | POST FUTA PAYABLE | 0.00 | 0.00 |
| COOP RECEIVABLES | | | POST SUTA PAYABLE | 0.00 | 0.00 |
| A/R SIMMONS PMS | 0.00 | 0.00 | POST 401K PAYABLE | 0.00 | 0.00 |
| A/R KINGBOIL | 0.00 | 0.00 | POST GUARDIAN MEDICAL | 0.00 | 0.00 |
| A/R SIMMONS VOLUME R | 0.00 | 0.00 | POST FIRST HSA-HEALT | 0.00 | 0.00 |
| AR SELECT COMFORT SP | 0.00 | 0.00 | POST ACCRUED EXPENSE | 0.00 | 0.00 |
| A/R PROMOTIONAL | 0.00 | 0.00 | POST ACCRUED INTERES | 0.00 | 0.00 |
| A/R ADVERTISING COOP | 90,516.47 | 249,229.40 | POST ACCRUED INSURAN | 0.00 | 0.00 |
| A/R ADVERTISING ADJU | 0.00 | 0.00 | | | |
| A/R SERTA PM | 0.00 | 0.00 | Total ACCRUED EXPENSE | -74,178.40 | -68,542.84 |
| | | | DEFERRED REVENUE | | |
| Total COOP RECEIVABLES | 90,516.47 | 249,229.40 | DEF REV - SERTA | 0.00 | -210,000.00 |
| TRADE RECEIVABLES | | | | | |
| A/R BARTER/TRADE | 962.00 | 10,812.00 | Total DEFERRED REVENUE | 0.00 | -210,000.00 |
| | | | CUSTOMER DEPOSITS | | |
| Total TRADE RECEIVABLES | 962.00 | 10,812.00 | CUSTOMER DEPOSITS | -414,808.78 | -365,391.44 |
| PREPAID EXPENSE | | | POST CUSTOMER DEPOSI | 0.00 | 0.00 |
| PREPAID INTEREST | 0.00 | 0.00 | | | |
| PREPAID RENT | 0.00 | 0.00 | Total CUSTOMER DEPOSITS | -414,808.78 | -365,391.44 |
| PREPAID INSURANCE | -4,669.77 | 17,468.12 | SALES TAX PAYABLE | | |
| PREPAID INSURANCE AL | 2,297.10 | 1,801.60 | SALES TAX PAYABLE - | -68,919.98 | -106,913.26 |
| PREPAID EXPENSE | 56,193.77 | 54,664.60 | SALES TAX PAYABLE - | -16,066.86 | -12,333.36 |
| PREPAID MAINTENANCE | 11,418.23 | 16,404.45 | SALES TAX PAYABLE - | -28.76 | 0.00 |
| PREPAID LEGAL COSTS | 0.00 | 0.00 | POST SALES TAX PAYAB | 0.00 | 0.00 |
| PREPAID ORGANIZATION | 0.00 | 0.00 | POST SALES TAX PAYAB | 0.00 | 0.00 |
| PREPAID INCOME TAXES | 1,544.00 | 1,544.00 | POST SALES TAX PAYAB | 0.00 | 0.00 |
| GARNISHMENT | 142.80 | 0.00 | | | |
| | | | Total SALES TAX PAYABLE | -85,015.60 | -119,246.62 |
| Total PREPAID EXPENSE | 66,926.13 | 91,882.77 | INCOME TAXES PAYABLE | | |
| INVENTORY | | | STATE INCOME TAX PAY | 0.00 | 0.00 |
| INVENTORY | 1,317,190.95 | 2,108,036.42 | FEDERAL INCOME TAX P | 0.00 | 0.00 |

| | February 28 2009 | February 29 2008 | | February 28 2009 | February 29 2008 |
|---|---|---|---|---|---|
| ALLOW FOR WHOLESALE | 3,966.03 | -20,000.00 | POST STATE INCOME TA | 0.00 | 0.00 |
| INVENTORY ADJ - RECE | 0.00 | 0.00 | POST FEDERAL INCOME | 0.00 | 0.00 |
| INVENTORY ADJ PAYABL | 0.00 | 0.00 | | | |
| RECEIVED NOT VOUCHER | -48,218.56 | -2,779.00 | Total INCOME TAXES PAYABL | 0.00 | 0.00 |
| RETURNED NOT VOUCHER | 1,788.51 | 10,834.20 | | | |
| RECEIVED NOT VOUCHER | 0.00 | 0.00 | NOTES PAYABLE | | |
| RETURNED NOT VOUCHER | 0.00 | 0.00 | NOTES PAYABLE VENDOR | 0.00 | 0.00 |
| | | | NOTES PAYABLE | -23,569.67 | -61,888.21 |
| tal INVENTORY | 1,274,726.93 | 2,096,091.62 | NOTES PAYABLE LINE | -350,000.00 | -350,000.00 |
| HER CURRENT ASSETS | | | NOTES PAYABLE 60 LON | -245,614.73 | -331,280.36 |
| EXCHANGE/WASH-SYSTEM | 0.00 | 0.00 | NOTES PAYABLE - 2006 | -11,528.24 | -17,847.28 |
| EMPLOYEE LOANS | 0.00 | 0.00 | POST NOTES PAYABLE L | 0.00 | 0.00 |
| | | | POST NOTES PAYABLE 1 | 0.00 | 0.00 |
| tal OTHER CURRENT ASSET | 0.00 | 0.00 | POST NOTES PAYABLE | 0.00 | 0.00 |
| | | | POST NOTES PAYABLE - | 0.00 | 0.00 |
| OPERTY COST | | | | | |
| VEHICLES | 18,825.06 | 50,860.12 | Total NOTES PAYABLE | -630,712.64 | -761,015.85 |
| AUTO, SIGNS, EQUIPME | 320,896.51 | 320,896.51 | STOCKHOLDER LOANS | | |
| OFFICE EQUIPMENT | 672,379.27 | 663,331.90 | LOAN JTW | -26,572.28 | -38,587.60 |
| OFFICE EQUIPMENT ALL | 2,782.54 | 2,782.54 | LOAN TJW | -132,446.94 | -138,462.26 |
| WEBSITE DESIGN | 67,093.40 | 45,093.40 | | | |
| LEASEHOLD IMPROVEMEN | 1,208,413.27 | 1,182,068.29 | Total STOCKHOLDER LOANS | -159,019.22 | -177,049.86 |
| tal PROPERTY COST | 2,290,390.05 | 2,265,032.76 | DEFERRED TAXES | | |
| CUM DEPRECIATION | | | DEFERRED TAX ASSET | 0.00 | 0.00 |
| ACCUM DEPR - VEHICLE | -3,765.01 | -29,963.00 | DEFERRED TAX ASSET | 0.00 | 0.00 |
| ACCUM DEPR - AUTO,SI | -271,511.73 | -250,010.78 | | | |
| ACCUM DEPR ALLSTAR E | -2,760.33 | -2,469.24 | Total DEFERRED TAXES | 0.00 | 0.00 |
| ACCUM DEPR- OFFICE E | -623,457.21 | -584,887.90 | | | |
| ACCUM DEPRE WEBSITE | -51,054.88 | -40,017.85 | Total LIABILITIES | -4,958,587.75 | -3,683,099.47 |
| ACCUM DEPR -LEASEHOL | -441,547.71 | -376,066.53 | | | |
| | | | STOCKHOLDERS EQUITY | | |
| otal ACCUM DEPRECIATION | -1,394,096.87 | -1,283,415.30 | COMMON STOCK | | |
| | | | COMMON STOCK | -3,000.00 | -3,000.00 |
| NTANGIBLES | | | | | |
| ORGANIZATION COSTS | 0.00 | 0.00 | Total COMMON STOCK | -3,000.00 | -3,000.00 |
| ACCUM AMORTIZATION | 0.00 | 0.00 | RETAINED EARNINGS | | |
| | | | RETAINED EARNINGS | 1,534,556.15 | -258,898.27 |
| otal INTANGIBLES | 0.00 | 0.00 | RETAINED EARNINGS PR | 0.00 | 0.00 |
| | | | DISTRIBUTIONS | 0.00 | 0.00 |
| THER ASSETS | | | | | |
| DEPOSITS | 29,918.38 | 29,918.38 | Total RETAINED EARNINGS | 1,534,556.15 | -258,898.27 |
| | | | CURRENT YEAR INCOME/LOSS | 445,815.04 | 323,786.70 |
| otal OTHER ASSETS | 29,918.38 | 29,918.38 | | | |
| | | | Total STOCKHOLDERS EQUITY | 1,977,371.19 | 61,888.43 |
| otal ASSETS | 2,981,216.56 | 3,621,211.04 | Total Liabilities and Equ | -2,981,216.56 | -3,621,211.04 |

*** This Report reflects activity from a reopened fiscal period and may differ from previous reports.

| Account Number | Description | Opening Balance | Activity Debits | Activity Credits | Ending Balance | YTD % of Budget |
|---|---|---|---|---|---|---|
| Account 2350-000 not on file! | | | | | | |
| Account 2416-000 not on file! | | | | | | |
| Account 2435-000 not on file! | | | | | | |
| Account 2490-000 not on file! | | | | | | |
| Account 5410-000 not on file! | | | | | | |
| Account 6600-000 not on file! | | | | | | |
| 1000-000 | CASH FLEET CHECKING | 1079440.04 | 33929.57 | 465.25 | 1112904.36 | |
| 1010-000 | CASH VENDOR DISCOUNT | -99773.34 | | | -99773.34 | |
| 1040-000 | CASH FLEET MONEY MAR | 1961.45 | | | 1961.45 | |
| 1100-000 | ACCOUNTS RECEIVABLE | 0.00 | | | 0.00 | |
| 1100-101 | ACCOUNTS RECEIVABLE | 0.00 | | | 0.00 | |
| 1100-102 | ACCOUNTS RECEIVABLE | 0.00 | 550.83 | 550.83 | 0.00 | |
| 1100-103 | ACCOUNTS RECEIVABLE | 0.00 | 983.63 | 983.63 | 0.00 | |
| 1100-104 | ACCOUNTS RECEIVABLE | -788.37 | 275.55 | 275.55 | -788.37 | |
| 1100-105 | ACCOUNTS RECEIVABLE | 0.00 | 105.95 | 105.95 | 0.00 | |
| 1100-106 | ACCOUNTS RECEIVABLE | 0.00 | 729.17 | 729.17 | 0.00 | |
| 1100-107 | ACCOUNTS RECEIVABLE | -100.00 | | | -100.00 | |
| 1100-108 | ACCOUNTS RECEIVABLE | -1339.78 | 211.90 | 211.90 | -1339.78 | |
| 1100-109 | ACCOUNTS RECEIVABLE | -92.35 | 654.97 | 654.97 | -92.35 | |
| 1100-110 | ACCOUNTS RECEIVABLE | 0.00 | 419.86 | 419.86 | 0.00 | |
| 1100-111 | ACCOUNTS RECEIVABLE | -200.00 | 272.80 | 272.80 | -200.00 | |
| 1100-112 | ACCOUNTS RECEIVABLE | 0.00 | | | 0.00 | |
| 1100-113 | ACCOUNTS RECEIVABLE | 0.00 | 581.85 | 581.85 | 0.00 | |
| 1100-114 | ACCOUNTS RECEIVABLE | -1194.54 | 157.34 | 157.34 | -1194.54 | |
| 1100-115 | ACCOUNTS RECEIVABLE | -240.57 | | | -240.57 | |
| 1100-116 | ACCOUNTS RECEIVABLE | 0.00 | 105.95 | 105.95 | 0.00 | |
| 1100-117 | ACCOUNTS RECEIVABLE | 0.00 | | | 0.00 | |
| 1100-118 | ACCOUNTS RECEIVABLE | 0.00 | 127.09 | 127.09 | 0.00 | |
| 1100-119 | ACCOUNTS RECEIVABLE | -1059.95 | 383.63 | 383.63 | -1059.95 | |
| 1100-120 | ACCOUNTS RECEIVABLE | 0.00 | 836.17 | 836.17 | 0.00 | |
| 1100-121 | ACCOUNTS RECEIVABLE | 0.00 | 73.14 | 73.14 | 0.00 | |
| 1100-122 | ACCOUNTS RECEIVABLE | -50.24 | 260.04 | 209.80 | 0.00 | |
| 1100-197 | ACCOUNTS RECEIVABLE | 0.00 | | | 0.00 | |
| 1100-888 | ACCOUNTS RECEIVABLE | 7708.89 | | | 7708.89 | |
| 1130-000 | A/R BARTER/TRADE | 962.00 | | | 962.00 | |
| 1150-000 | ACCOUNTS RECEIVABLE | 4.17 | | | 4.17 | |
| 1190-000 | A/R SIMMONS PMS | 0.00 | | | 0.00 | |
| 1191-000 | A/R KINGKOIL | 0.00 | | | 0.00 | |
| 1192-000 | A/R SIMMONS VOLUME R | 0.00 | | | 0.00 | |
| 1193-000 | AR SELECT COMFORT SP | 0.00 | | | 0.00 | |
| 1195-000 | A/R ADVERTISING COOP | 127970.89 | | | 127970.89 | |
| 1195-888 | A/R ADVERTISING ADJU | 0.00 | | | 0.00 | |
| 1196-000 | A/R ADVERTISING ADJU | 0.00 | | | 0.00 | |
| 1197-000 | A/R SERTA PM | 0.00 | | | 0.00 | |
| 1198-000 | EXCHANGE/WASH-SYSTEM | 0.00 | 370.20 | 370.20 | 0.00 | |
| 1200-101 | INVENTORY - EH | 38537.05 | | | 38537.05 | |
| 1200-102 | INVENTORY - NW | 48936.57 | 0.00 | 224.50 | 48712.07 | |
| 1200-103 | INVENTORY - SO | 49284.47 | 0.00 | 416.87 | 48867.60 | |

269.33

| ACCOUNT NUMBER | ACCOUNT NAME | HOME PHONE | WORK PHONE | ACCT TYPE | CONTACT | | | CREDIT LIMIT | DATE OF LAST PAY |
|---|---|---|---|---|---|---|---|---|---|

STORE: 104 - BETTER BEDDING-AVON

| 04790418 | HARRY CARNEY | 860 653-7811 | | 2 | | | | | 03/04/09 |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE | TR DTE   DUE DTE   TRANSACTION TYPE | | A/R BAL DSP | CURRENT | 1-30 | 31-60 | 61-90 | 91-120 | OVER 121 |
| 104790418 | 02/28/09 02/28/09 07 Exchange Order | | -350.86 | -350.86 | | | | | |
| | | CURR/PAST DUE AMT: | -350.86 | -350.86 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | ACCOUNT TOTAL: | -350.86 | | | | | | |

| 04770009 | ANN COSTELLO | 860 674-0556 | | 2 | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE | TR DTE   DUE DTE   TRANSACTION TYPE | | A/R BAL DSP | CURRENT | 1-30 | 31-60 | 61-90 | 91-120 | OVER 121 |
| 104770009 | 08/28/08 08/28/08 30 Merch Return | | -275.55 | -275.55 | | | | | |
| | | CURR/PAST DUE AMT: | -275.55 | -275.55 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | ACCOUNT TOTAL: | -275.55 | | | | | | |

| 04654124 | JOHN WILLSEY | 860 214-0002 | | 2 | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE | TR DTE   DUE DTE   TRANSACTION TYPE | | A/R BAL DSP | CURRENT | 1-30 | 31-60 | 61-90 | 91-120 | OVER 121 |
| 104688121 | 04/04/07 04/04/07 30 Merch Return | | -161.96 | -161.96 | | | | | |
| | | CURR/PAST DUE AMT: | -161.96 | -161.96 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | ACCOUNT TOTAL: | -161.96 | | | | | | |

| | | STORE 104 TOTALS: | -788.37 | -788.37 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| CCOUNT<br>UMBER | A C C O U N T | N A M E | HOME PHONE | ACCT<br>WORK PHONE TYPE C O N T A C T | | | | CREDIT DATE OF<br>LIMIT LAST PAY | |
|---|---|---|---|---|---|---|---|---|---|

TORE: 107 - BETTER BEDDING-NORTH HAVEN

| 07619202 | DEBORAH SCHETTINO | | 203 624-1842 | | 2 | | | | 07/23/07 | |
|---|---|---|---|---|---|---|---|---|---|---|
| REFERENCE | TR DTE | DUE DTE | TRANSACTION TYPE | A/R BAL DSP | CURRENT | 1-30 | 31-60 | 61-90 | 91-120 | OVER 121 |
| DA10001907 | 07/23/07 07/23/07 97 Transfer of Funds | | | -100.00 | -100.00 | | | | | |
| | | | CURR/PAST DUE AMT: | -100.00 | -100.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | ACCOUNT TOTAL: | -100.00 | | | | | | |
| | | | STORE 107 TOTALS: | -100.00 | -100.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| ACCOUNT NUMBER | ACCOUNT NAME | HOME PHONE | WORK PHONE | ACCT TYPE | CONTACT | | | | CREDIT LIMIT | DATE OF LAST PAY |
|---|---|---|---|---|---|---|---|---|---|---|

STORE: 108 - BETTER BEDDING-MANCHESTER

| 08/95705 | PATRICK BROWN | 860 432-7401 | | 2 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| REFERENCE | TR DTE   DUE DTE   TRANSACTION TYPE | | A/R BAL DSP | CURRENT | 1-30 | 31-60 | 61-90 | 91-120 | OVER 121 | |
| 108795705 | 02/28/09 02/28/09 30 Merch Return | | -209.88 | -209.88 | | | | | | |
| | | CURR/PAST DUE AMT: | -209.88 | -209.88 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| | | ACCOUNT TOTAL: | -209.88 | | | | | | | |

| 08436474 | JEFFREY KERTANIS | 860 741-6496 | | 2 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| REFERENCE | TR DTE   DUE DTE   TRANSACTION TYPE | | A/R BAL DSP | CURRENT | 1-30 | 31-60 | 61-90 | 91-120 | OVER 121 | |
| MP10002826 | 02/23/09 02/23/09 39 Manual Credit Memo | | -212.11 | -212.11 | | | | | | |
| | | CURR/PAST DUE AMT: | -212.11 | -212.11 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| | | ACCOUNT TOTAL: | -212.11 | | | | | | | |

| 08702950 | BONNIE UKSIN | 432-2302 | | 2 | | | | | | 05/10/07 |
|---|---|---|---|---|---|---|---|---|---|---|
| REFERENCE | TR DTE   DUE DTE   TRANSACTION TYPE | | A/R BAL DSP | CURRENT | 1-30 | 31-60 | 61-90 | 91-120 | OVER 121 | |
| 108728002 | 08/26/08 08/26/08 30 Merch Return | | -917.79 | -917.79 | | | | | | |
| | | CURR/PAST DUE AMT: | -917.79 | -917.79 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| | | ACCOUNT TOTAL: | -917.79 | | | | | | | |

| | | STORE 108 TOTALS: | -1339.78 | -1339.78 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
|---|---|---|---|---|---|---|---|---|---|---|

| ACCOUNT NUMBER | A C C O U N T   N A M E | HOME PHONE | WORK PHONE | ACCT TYPE | C O N T A C T | | | | CREDIT LIMIT | DATE OF LAST PAY |
|---|---|---|---|---|---|---|---|---|---|---|

STORE: 109 - BETTER BEDDING - MIDDLETOWN

| 09703838 | ROBIN BURKE | | 860 347-8887 | | 2 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

| REFERENCE | TR DTE | DUE DTE | TRANSACTION TYPE | A/R BAL DSP | CURRENT | 1-30 | 31-60 | 61-90 | 91-120 | OVER 121 |
|---|---|---|---|---|---|---|---|---|---|---|
| 109703838* | 06/15/07 | 06/15/07 | 07 Exchange Order | -92.35 | -92.35 | | | | | |
| | | | CURR/PAST DUE AMT: | -92.35 | -92.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | ACCOUNT TOTAL: | -92.35 | | | | | | |
| | | | STORE 109 TOTALS: | -92.35 | -92.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

SYS REF: AR.325.RC Case 09-20481    Doc 59  Filed 03/27/09 ps Entered 03/27/09 15:18:54    Desc Main 22/09
                       ACCOUNTS RECEIVABLE AGING REPORT BALANCE Page 17 of 25 3/02/09                PAGE: 5
                          EXCLUDING CUSTOMERS WITH NO ACTIVITY AND ZERO BALANCE

| CCOUNT UMBER | ACCOUNT NAME | HOME PHONE | ACCT WORK PHONE TYPE | CONTACT | | | CREDIT LIMIT | DATE OF LAST PAY |
|---|---|---|---|---|---|---|---|---|

TORE: 111 - BETTER BEDDING - WESTFIELD

| 11/41560 | GARY OLSZEWSKI | 413 562-4122 413 568-0979 | 2 | | | | | |
|---|---|---|---|---|---|---|---|---|

| REFERENCE | TR DTE | DUE DTE | TRANSACTION TYPE | A/R BAL DSP | CURRENT | 1-30 | 31-60 | 61-90 | 91-120 | OVER 121 |
|---|---|---|---|---|---|---|---|---|---|---|
| 111741560* | 05/21/08 | 05/21/08 | 50 Credit Adjustment | -200.00 | -200.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | CURR/PAST DUE AMT: | -200.00 | | | | | | |
| | | | ACCOUNT TOTAL: | -200.00 | | | | | | |
| | | | STORE 111 TOTALS: | -200.00 | -200.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

```
CCOUNT                                                         ACC'T                        CREDIT  DATE OF
UMBER     A C C O U N T    N A M E       HOME PHONE   WORK PHONE TYPE  C O N T A C T        LIMIT  LAST PAY

TORE: 114 - BETTER BEDDING - SPRINGFIELD


14693564      ANITA BUTLER              413 733-0327             2
REFERENCE  TR DTE   DUE DTE  TRANSACTION TYPE      A/R BAL DSP   CURRENT    1-30     31-60    61-90   91-120  OVER 121
114693564* 04/24/07 04/24/07 07 Exchange Order      -361.00     -361.00
                             CURR/PAST DUE AMT:     -361.00     -361.00    0.00     0.00     0.00    0.00    0.00
                             ACCOUNT TOTAL:         -361.00


14703683      MELISSA MAILMAN           413 525-7723             2
REFERENCE  TR DTE   DUE DTE  TRANSACTION TYPE      A/R BAL DSP   CURRENT    1-30     31-60    61-90   91-120  OVER 121
114703683* 05/29/07 05/29/07 07 Exchange Order      -833.54     -833.54
                             CURR/PAST DUE AMT:     -833.54     -833.54    0.00     0.00     0.00    0.00    0.00
                             ACCOUNT TOTAL:         -833.54


                             STORE 114 TOTALS:     -1194.54    -1194.54    0.00     0.00     0.00    0.00    0.00
```

| ACCOUNT UMBER | ACCOUNT NAME | HOME PHONE | ACCT WORK PHONE TYPE CONTACT | | | | | CREDIT DATE OF LIMIT LAST PAY |
|---|---|---|---|---|---|---|---|---|

TORE: 115 — BETTER BEDDING — CLINTON

| 15693745 | MICHAEL & KATHY SINCLAIR | 203 457-1508 | 2 | | | | | |
|---|---|---|---|---|---|---|---|---|
| REFERENCE | TR DTE  DUE DTE  TRANSACTION TYPE | A/R BAL DSP | CURRENT | 1-30 | 31-60 | 61-90 | 91-120 | OVER 121 |
| 115698040E | 05/09/07 05/09/07 07 Exchange Order | -414.41 | -414.41 | | | | | |
| | CURR/PAST DUE AMT: | -414.41 | -414.41 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ACCOUNT TOTAL: | -414.41 | | | | | | |

| 15500230 | CARY WALLACH | 203 779-9021 | 2 | | | | | |
|---|---|---|---|---|---|---|---|---|
| REFERENCE | TR DTE  DUE DTE  TRANSACTION TYPE | A/R BAL DSP | CURRENT | 1-30 | 31-60 | 61-90 | 91-120 | OVER 121 |
| 888758586 | 05/23/08 05/23/08 00 Order/Invoice | 173.84 | | | | | | 173.84 |
| | CURR/PAST DUE AMT: | 173.84 | | 0.00 | 0.00 | 0.00 | 0.00 | 173.84 |
| | ACCOUNT TOTAL: | 173.84 | | | | | | |

| | STORE 115 TOTALS: | -240.57 | -414.41 | 0.00 | 0.00 | 0.00 | 0.00 | 173.84 |
|---|---|---|---|---|---|---|---|---|

| CCOUNT UMBER | A C C O U N T   N A M E | HOME PHONE | WORK PHONE | ACCT TYPE | C O N T A C T | | CREDIT LIMIT | DATE OF LAST PAY |
|---|---|---|---|---|---|---|---|---|

TORE: 119 - BETTER BEDDING - BRISTOL

| 19788876 | DANIEL NELSON | 860 314-1407 | | | 2 | | | | | 03/09/09 |
|---|---|---|---|---|---|---|---|---|---|---|
| REFERENCE | TR DTE | DUE DTE | TRANSACTION TYPE | A/R BAL DSP | CURRENT | 1-30 | 31-60 | 61-90 | 91-120 | OVER 121 |
| 119793123 | 02/25/09 | 02/25/09 | 30 Merch Return | -847.95 | -847.95 | | | | | |
| 119792303 | 02/25/09 | 02/25/09 | 30 Merch Return | -212.00 | -212.00 | | | | | |
| | | | CURR/PAST DUE AMT: | -1059.95 | -1059.95 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | ACCOUNT TOTAL: | -1059.95 | | | | | | |
| | | | STORE 119 TOTALS: | -1059.95 | -1059.95 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| ACCOUNT NUMBER | ACCOUNT NAME | HOME PHONE | WORK PHONE | ACCT TYPE | CONTACT | | | | CREDIT LIMIT | DATE OF LAST PAY |
|---|---|---|---|---|---|---|---|---|---|---|

STORE: 888 - MAIN"WAREHOUSE"888

| 88793792 | ST FRANCIS MEDICAL CENTER | | 860 714-3600 | 2 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| REFERENCE | TR DTE   DUE DTE   TRANSACTION TYPE | | A/R BAL DSP | CURRENT | 1-30 | 31-60 | 61-90 | 91-120 | OVER 121 | |
| 888793792 | 02/26/09 02/26/09 00 Order/Invoice | | 2796.00 | | 2796.00 | | | | | |
| | CURR/PAST DUE AMT: | | 2796.00 | | 2796.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| | ACCOUNT TOTAL: | | 2796.00 | | | | | | | |

| 88387506 | DAVID PAQUETTE | | 860 563-3638 | 2 | | | | | 08/15/06 | |
|---|---|---|---|---|---|---|---|---|---|---|
| REFERENCE | TR DTE   DUE DTE   TRANSACTION TYPE | | A/R BAL DSP | CURRENT | 1-30 | 31-60 | 61-90 | 91-120 | OVER 121 | |
| 888775660 | 09/24/08 09/24/08 00 Order/Invoice | | 2331.95 | | | | | | 2331.95 | |
| 888776976 | 09/24/08 09/24/08 00 Order/Invoice | | 1335.55 | | | | | | 1335.55 | |
| 888785295 | 12/01/08 12/01/08 00 Order/Invoice | | 1245.39 | | | | | 1245.39 | | |
| | CURR/PAST DUE AMT: | | 4912.89 | 0.00 | 0.00 | 0.00 | 0.00 | 1245.39 | 3667.50 | |
| | ACCOUNT TOTAL: | | 4912.89 | | | | | | | |

| | STORE 888 TOTALS: | | 7708.89 | 0.00 | 2796.00 | 0.00 | 0.00 | 1245.39 | 3667.50 |
|---|---|---|---|---|---|---|---|---|---|
| TOTAL CURR/PAST DUE AMT | | | 2693.33 | -5189.40 | 2796.00 | 0.00 | 0.00 | 1245.39 | 3841.34 |
| GRAND TOTALS: | | | 2693.33 | | | | | | |

NO OF REPORT AR.325.RPT

BETTER BEDDING SHOPS, INC.
FIXED ASSETS & DEPRECIATION LEAD SCHEDULE - BOOK BASIS
DECEMBER 31, 2008

| ASSET | BALANCE @ 12/31/08 | ACCUM DEPREC 12/31/08 | Book Value |
|---|---|---|---|
| VEHICLES | 18,825 | 15,060 | 3,765 |
| AUTO, SIGNS & EQUIPMENT | 320,897 | 287,179 | 33,718 |
| OFFICE EQUIPMENT | 539,910 | 497,374 | 42,536 |
| OFFICE EQUIP - HEADQUARTERS | 33,531 | 33,531 | 0 |
| OFFICE EQUIP - WAREHOUSE | 98,321 | 95,265 | 3,056 |
| EQUIPMENT - ALL-STAR | 2,783 | 2,783 | 0 |
| WEBSITE DESIGN | 67,093.00 | 50,575 | 16,518 |
| | 1,062,535 | 966,706 | 95,829 |
| LEASEHOLD IMPROVEMENTS | 1,208,413 | 418,544 | 789,869 |

06-0960736
0^/01/2008 - 12/31/2008

Sorted: General - Department

**BETTER BEDDING SHOPS, INC. [10113]**
**Net Book Value - Depreciation**
Federal
01/01/2008 - 12/31/2008

3/16/2009
4:15:23PM

| System No. | Description | Ending Balance | Beg. Accum. Depreciation | Current Depreciation | Sec. 179/ Bonus | Total Reductions | Net Book Value |
|---|---|---|---|---|---|---|---|
| **ALLSTAR EQUIPMENT** | | | | | | | |
| 386 | ALLSTAR ROUTEVIEW | 1,788.24 | 0.00 | 0.00 | 1,788.24 | 1,788.24 | 0.00 |
| 442 | DELL COMPUTER ALL-STAR | 994.30 | 0.00 | 0.00 | 994.30 | 994.30 | 0.00 |
| Subtotal: ALLSTAR EQUIPMENT | | 2,782.54 | 0.00 | 0.00 | 2,782.54 | 2,782.54 | 0.00 |
| Less dispositions and exchanges: | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Net for: ALLSTAR EQUIPMENT | | 2,782.54 | 0.00 | 0.00 | 2,782.54 | 2,782.54 | 0.00 |

Page 1 of 16

06-0960736
01/01/2008 - 12/31/2008

Sorted: General - Department

**BETTER BEDDING SHOPS, INC. [10113]**
**Net Book Value - Depreciation**
Federal
01/01/2008 - 12/31/2008

3/16/2009
4:15:23PM

| System No. | Description | Ending Balance | Beg. Accum. Depreciation | Current Depreciation | Sec. 179/ Bonus | Total Reductions | Net Book Value |
|---|---|---|---|---|---|---|---|
| **AUTO SIGNS & EQUIPMENT** | | | | | | | |
| 2 | SIGN | 6,890.00 | 6,890.00 | 0.00 | 0.00 | 6,890.00 | 0.00 |
| 3 | SIGNS | 2,807.00 | 2,807.00 | 0.00 | 0.00 | 2,807.00 | 0.00 |
| 4 | SIGNS | 2,345.00 | 2,345.00 | 0.00 | 0.00 | 2,345.00 | 0.00 |
| 5 | SIGNS | 21,840.00 | 21,840.00 | 0.00 | 0.00 | 21,840.00 | 0.00 |
| 7 | ART EFFECTS SIGNS | 25,326.00 | 25,326.00 | 0.00 | 0.00 | 25,326.00 | 0.00 |
| 8 | ART EFFECTS SIGNS | 3,016.00 | 3,016.00 | 0.00 | 0.00 | 3,016.00 | 0.00 |
| 9 | NAT'L SIGNS CORP | 12,296.00 | 12,296.00 | 0.00 | 0.00 | 12,296.00 | 0.00 |
| 11 | NAT'L SIGN- SIGN | 7,695.00 | 7,695.00 | 0.00 | 0.00 | 7,695.00 | 0.00 |
| 10 | NAT'L SIGN- SIGN | 24,351.00 | 24,351.00 | 0.00 | 0.00 | 24,351.00 | 0.00 |
| 12 | NAT'L SIGN- SIGN | 1,310.00 | 1,310.00 | 0.00 | 0.00 | 1,310.00 | 0.00 |
| 13 | NE SIGNS- 1/4 ENTRANCE SIGN | 836.00 | 836.00 | 0.00 | 0.00 | 836.00 | 0.00 |
| 14 | NAT'L SIGN | 4,378.00 | 4,378.00 | 0.00 | 0.00 | 4,378.00 | 0.00 |
| 16 | NAT'L SIGN- SIGN | 7,208.00 | 7,208.00 | 0.00 | 0.00 | 7,208.00 | 0.00 |
| 17 | NAT'L SIGN- SIGN | 11,602.00 | 11,602.00 | 0.00 | 0.00 | 11,602.00 | 0.00 |
| 18 | CLOUD SIGN | 9,978.00 | 9,978.00 | 0.00 | 0.00 | 9,978.00 | 0.00 |
| 19 | SIGNS | 16,217.00 | 16,217.00 | 0.00 | 0.00 | 16,217.00 | 0.00 |
| 21 | NAT'L SIGN- 2 SIGNS | 12,159.00 | 12,159.00 | 0.00 | 0.00 | 12,159.00 | 0.00 |
| 22 | IRA NOZIK PHOTOGRAPHY | 1,922.00 | 1,922.00 | 0.00 | 0.00 | 1,922.00 | 0.00 |
| 23 | URSTADT BIDDLE | 1,199.65 | 1,199.65 | 0.00 | 0.00 | 1,199.65 | 0.00 |
| 1 | NATIONAL SIGN | 8,956.10 | 0.00 | 0.00 | 8,956.10 | 8,956.10 | 0.00 |
| 20 | NATIONAL SIGN | 3,432.28 | 0.00 | 0.00 | 3,432.28 | 3,432.28 | 0.00 |
| 24 | NATIONAL SIGN | 1,876.20 | 0.00 | 0.00 | 1,876.20 | 1,876.20 | 0.00 |
| 345 | National Sign - Wallingford | 14,077.86 | 0.00 | 0.00 | 14,077.86 | 14,077.86 | 0.00 |
| 346 | Sign rewiring to meet code | 2,003.40 | 0.00 | 0.00 | 2,003.40 | 2,003.40 | 0.00 |
| 348 | Rewired sign to code | 2,135.00 | 0.00 | 0.00 | 2,135.00 | 2,135.00 | 0.00 |
| 339 | SIGNAGE - W HTFD | 3,996.20 | 0.00 | 0.00 | 3,996.20 | 3,996.20 | 0.00 |
| 340 | DISPLAY EXHIBITS - WESTFIELD | 2,167.35 | 0.00 | 0.00 | 2,167.35 | 2,167.35 | 0.00 |
| 341 | DISPLAY EXHIBITS - W HTFD | 2,167.35 | 0.00 | 0.00 | 2,167.35 | 2,167.35 | 0.00 |
| 342 | LIGHT BOXES - BRISTOL | 1,650.00 | 0.00 | 0.00 | 1,650.00 | 1,650.00 | 0.00 |
| 444 | NATIONAL SIGN - BRISTOL | 18,364.50 | 0.00 | 0.00 | 18,364.50 | 18,364.50 | 0.00 |
| 445 | Replace pylon sign - Orange | 630.70 | 354.89 | 78.80 | 0.00 | 433.69 | 197.01 |
| 446 | National Sign - Newington | 14,294.10 | 8,043.04 | 1,786.02 | 0.00 | 9,829.06 | 4,465.04 |
| 472 | NATIONAL SIGN - BRANFORD | 15,276.55 | 0.00 | 0.00 | 15,276.55 | 15,276.55 | 0.00 |
| 502 | National Sign - N. Haven | 14,762.62 | 5,724.28 | 2,582.38 | 0.00 | 8,306.66 | 6,455.96 |
| 503 | ARTFX Signs - Avon | 7,404.10 | 2,870.98 | 1,295.18 | 0.00 | 4,166.16 | 3,237.94 |
| 504 | National Sign - Newington | 2,029.90 | 787.11 | 355.08 | 0.00 | 1,142.19 | 887.71 |
| 83 | NEW FACE SIGN ORANGE - NAT'L SIG | 4,455.60 | 1,727.68 | 779.41 | 0.00 | 2,507.09 | 1,948.51 |
| 120 | SIGN PACKAGE - ENFIELD - NAT'L SIG | 2,973.45 | 1,152.97 | 520.14 | 0.00 | 1,673.11 | 1,300.34 |
| 166 | National Signs - Westfield | 609.50 | 87.07 | 149.27 | 0.00 | 236.34 | 373.16 |
| 176 | National Signs - Branford | 657.20 | 93.89 | 160.95 | 0.00 | 254.84 | 402.36 |
| 180 | National Signs - Ansonia | 12,402.00 | 1,771.71 | 3,037.23 | 0.00 | 4,808.94 | 7,593.06 |
| 581 | National Signs - Putnam | 11,198.90 | 1,599.84 | 2,742.59 | 0.00 | 4,342.43 | 6,856.47 |
| | **Subtotal: AUTO SIGNS & EQUIPMENT** | 320,896.51 | 197,569.11 | 13,487.05 | 76,102.79 | 287,178.95 | 33,717.56 |
| | Less dispositions and exchanges: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Net for: AUTO SIGNS & EQUIPMENT** | 320,896.51 | 197,569.11 | 13,487.05 | 76,102.79 | 287,178.95 | 33,717.56 |

3/16/2009
4:15:23PM

06-0960736
01/01/2008 - 12/31/2008

Sorted: General - Department

**BETTER BEDDING SHOPS, INC. [10113]**
**Net Book Value - Depreciation**
Federal
01/01/2008 - 12/31/2008

| System No. | Description | Ending Balance | Beg. Accum. Depreciation | Current Depreciation | Sec. 179/ Bonus | Total Reductions | Net Book Value |
|---|---|---|---|---|---|---|---|
| **AUTOMOBILE** | | | | | | | |
| 27 | 2001 CHEVY CARGO VAN | 29,963.00 | 29,963.00 | 0.00 | 0.00 | 29,963.00 | 0.00 |
| 598 | 2006 Ford E250 | 18,825.06 | 0.00 | 3,765.01 | 0.00 | 3,765.01 | 15,060.05 |
| | Subtotal: AUTOMOBILE | 48,788.06 | 29,963.00 | 3,765.01 | 0.00 | 33,728.01 | 15,060.05 |
| | Less dispositions and exchanges: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Net for: AUTOMOBILE | 48,788.06 | 29,963.00 | 3,765.01 | 0.00 | 33,728.01 | 15,060.05 |