B6F (Official Form 6F) (12/07) - Cont.

In re    **Better Bedding Shops, Inc.**                                    Case No.    **09-20481 (ASD)**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>CONNECTICUT RETAIL MERCH ASSOC<br>60 FOREST STREET<br>HARTFORD, CT 06105 | - | | | | | | 1,000.00 |
| Account No.<br><br>CONNECTICUT WATER COMPANY<br>DEPARTMENT 345<br>PO BOX 80000<br>HARTFORD, CT 06180 | - | | | | | | 36.62 |
| Account No.<br><br>COX MEDIA, LLC<br>13229 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 | - | | | | | | 1,632.00 |
| Account No.<br><br>CT CORPORATION SYSTEM<br>155 FEDERAL STREET<br>SUITE 700<br>BOSTON, MA 02110 | - | | | | | | 270.00 |
| Account No.<br><br>CT PUBLIC BROADCASTING, INC.<br>1049 ASYLUM AVENUE<br>HARTFORD, CT 06015-2411 | - | | | | | | 11,665.00 |

Sheet no. __8__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **14,603.62**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Better Bedding Shops, Inc.**                                    Case No.   **09-20481 (ASD)**
_____                    _____
                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. |
| Account No. | | | | | | | | |
| DAILY HAMPSHIRE GAZETTE 115 CONZ STREET PO BOX 299 NORTHAMPTON, MA 01061 | - | | | | | | | 2,256.72 |
| Account No. | | | | | | | | |
| DAVE'S CITGO 451 SCHOOL STREET EAST HARTFORD, CT 06108 | - | | | | | | | 692.27 |
| Account No. | | | | | | | | |
| DAVID CAMPBELL 38 EAST RIDGE DRIVE MIDDLEBURY, CT 06762 | - | | | | | | | 45.00 |
| Account No. | | | | | | | | |
| DAYLIGHT TRANSPORT, LLC PO BOX 93155 LONG BEACH, CA 90809 | - | | | | | | | 371.94 |
| Account No. | | | | | | | | |
| DDRTC NAUGATUCK VALLEY SC LLC DEPT 109527 30389 21932 PO BOX 534414 ATLANTA, GA 30353-4414 | - | | | | | | | 16,828.64 |

Sheet no. **9** of **33** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **20,194.57**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Better Bedding Shops, Inc.**           Case No.    **09-20481 (ASD)**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> DE LAGE LANDEN <br> PO BOX 41601 <br> PHILADELPHIA, PA 19101 | - | | | | | | 977.85 |
| Account No. <br><br> DEVELOPERS REALTY CORP <br> CORP CENTER WEST <br> 433 SOUTH MAIN ST SUITE 310 <br> WEST HARTFORD, CT 06110 | - | | | | | | 32,315.43 |
| Account No. <br><br> DYNAMARK SECURITY CENTER <br> 1383 NORTH MAIN STREET <br> WATERBURY, CT 06704 | - | | | | | | 157.41 |
| Account No. <br><br> EGGB <br> PO BOX 640 <br> SPRINGFIELD, MA 01103 | - | | | | | | 3,910.00 |
| Account No. <br><br> ENERGY MANAGEMENT SYSTEMS <br> P.O. BOX 538 <br> MALVERN, PA 19355-0538 | - | | | | | | 112.15 |

Sheet no. __10__ of __33__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal <br> (Total of this page)      **37,472.84**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Better Bedding Shops, Inc.**                                    Case No.    **09-20481 (ASD)**
_____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| FASHION BED GROUP 5950 W. 51ST STREET CHICAGO, IL 60638 | - | | | | | | | 22,236.00 |
| Account No. | | | | | | | | |
| FEDERAL EXPRESS CORP. PO BOX 1140 DEPT A MEMPHIS, TN 38101 | - | | | | | | | 215.38 |
| Account No. | | | | | | | | |
| FEDERAL REALTY-BRISTOL PLAZA C/O FEDERAL REALTY INV TRUST PO BOX 8500-9320 PHILADELPHIA, PA 19178 | - | | | | | | | 24,053.01 |
| Account No. | | | | | | | | |
| FREMONT MANAGEMENT, LLC 65 LASALLE ROAD SUITE 202 WEST HARTFORD, CT 06107 | - | | | | | | | 4,964.73 |
| Account No. | | | | | | | | |
| GLORY CARPET CLEANING SERVICE 47 LONG HILL STREET EAST HARTFORD, CT 06108 | - | | | | | | | 367.82 |

Sheet no. __11__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          51,836.94

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re      **Better Bedding Shops, Inc.**                 Case No. __**09-20481 (ASD)**__

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| GMAC PAYMENT PROCESSING CENTER PO BOX 78369 PHOENIX, AZ 85062-8369 | - | | | | | | 887.22 |
| Account No. | | | | | | | |
| GO MEDIA 2074 PARK STREET, SUITE 307 HARTFORD, CT 06106 | - | | | | | | 825.00 |
| Account No. | | | | | | | |
| GOLDBOND 261 WESTON STRET PO BOX 89 HARTFORD, CT 06141-0089 | - | | | | | | 24,718.89 |
| Account No. | | | | | | | |
| HYSTER NEW ENGLAND 159 RANGEWAY ROAD PO BOX 2002 NORTH BILLERICA, MA 01862 | - | | | | | | 1,766.67 |
| Account No. | | | | | | | |
| IBC PENNSYLVANIA 1214 MOREA ROAD BARNESVILLE, PA 18214 | - | | | | | | 67,878.00 |

Sheet no. __12__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      96,075.78

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Better Bedding Shops, Inc.**                                            Case No. __09-20481 (ASD)__
_____
                                 Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| IDEARC MEDIA CORP. ATTN: ACCT RECEIVABLE DEPT. PO BOX 619009 DFW AIRPORT, TX 75261 | - | | | | | | 1,539.50 |
| Account No. | | | | | | | |
| J T & S TRUCK RENTAL, INC. 130 BRAINARD ROAD HARTFORD, CT 06114 | - | | | | | | 22,565.79 |
| Account No. | | | | | | | |
| JEFFCO FIBRES, INC. PO BOX 816 WEBSTER, MA 01570 | - | | | | | | 375.71 |
| Account No. | | | | | | | |
| JMM PROPERTIES, LLC PO BOX 185598 HAMDEN, CT 06518 | - | | | | | | 14,426.06 |
| Account No. | | | | | | | |
| John T. Wholley 273 Rockwood Drive Southington, CT 06489 | - | | | | | | 26,572.28 |

Sheet no. __13__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                65,479.34

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Better Bedding Shops, Inc.**      Case No. **09-20481 (ASD)**

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| JOURNAL PUBLISHING CO. 306 PROGRESS DRIVE MANCHESTER, CT 06045 | - | | | | | | 12,356.16 |
| Account No. | | | | | | | |
| K & S DISTRIBUTORS, INC. 50 OAKLAND AVENUE EAST HARTFORD, CT 06108 | - | | | | | | 119.78 |
| Account No. | | | | | | | |
| KASDEN FUEL COMPANY 340 TOLLAND STREET PO BOX 280126 EAST HARTFORD, CT 06128 | - | | | | | | 10,783.33 |
| Account No. | | | | | | | |
| KIMBERLY ENTERPRISES, INC. 14 WOODHILL ROAD WILTON, CT 06897 | - | | | | | | 15,658.94 |
| Account No. | | | | | | | |
| KIMCO REALTY CORPORATION 433 SOUTH MAIN STREET SUITE 322 WEST HARTFORD, CT 06110 | - | | | | | | 19,318.17 |

Sheet no. __14__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     58,236.38

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Better Bedding Shops, Inc.**                                        Case No.    **09-20481 (ASD)**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| KNICKERBOCKER BED COMPANY COMMERCIAL AVENUE CARLSTADT, NJ 07072 | - | | | | | | | 37,770.35 |
| Account No. | | | | | | | | |
| L.E. WHITFORD CO., INC. 59 CONNECTICUT BOULEVARD EAST HARTFORD, CT 06108 | - | | | | | | | 137.85 |
| Account No. | | | | | | | | |
| LATEX FOAM PRODUCTS 510 RIVER ROAD SHELTON, CT 06484 | - | | | | | | | 16,294.03 |
| Account No. | | | | | | | | |
| LEGGETT & PLATT, INC. 23 DRAPER STREET SUITE E&F WOLBURN, MA 01801 | - | | | | | | | 21,501.78 |
| Account No. | | | | | | | | |
| LEXHAM AVON, LLC ALBERT B ASHFORTH, INC. LLC PO BOX 33633 HARTFORD, CT 06150-3633 | - | | | | | | | 36,819.48 |

Sheet no. __15__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    | 112,523.49 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Better Bedding Shops, Inc.**                                        Case No.    **09-20481 (ASD)**
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| MAGNAKLEEN PO BOX 923 112 EMPIRE AVENUE MERIDEN, CT 06450 | - | | | | | | 1,665.49 |
| Account No. | | | | | | | |
| MAZZARELLA BROTHERS PROD INC. 88 VALLEY STREET BRISTOL, CT 06010 | - | | | | | | 370.00 |
| Account No. | | | | | | | |
| MGF, INC. PO BOX 834 KILLINGWORTH, CT 06419 | - | | | | | | 5,439.50 |
| Account No. | | | | | | | |
| MILLENNIUM GRAPHICS & DESIGN 200 LAWLINS PARK WYCKOFF, NJ 07481 | - | | | | | | 737.75 |
| Account No. | | | | | | | |
| MOTOR TRANSPORT ASSOC. OF CT 60 FOREST STREET HARTFORD, CT 06105-3200 | - | | | | | | 146.91 |

Sheet no. __16__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **8,359.65**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Better Bedding Shops, Inc.**                                          Case No.    **09-20481 (ASD)**
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| MUZAK 3318 LAKEMONT BLVD. FORT MILL, SC 29708 | - | | | | | | | 8,769.30 |
| Account No. | | | | | | | | |
| NAPA AUTO SALES 1260 NEWFIELD STREET Middletown, CT 06457 | - | | | | | | | 128.92 |
| Account No. | | | | | | | | |
| NATIONAL GRID PROCESSING CENTER WOBURN, MA 01807-0005 | - | | | | | | | 913.15 |
| Account No. | | | | | | | | |
| NATIONAL SIGN CORP 780 FOUR ROD ROAD BERLIN, CT 06037 | - | | | | | | | 490.25 |
| Account No. | | | | | | | | |
| NEW HAVEN REGISTER PO BOX 8626 NEW HAVEN, CT 06531 | - | | | | | | | 88,201.10 |

Sheet no. __17__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                98,502.72

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Better Bedding Shops, Inc.**                                          Case No.   **09-20481 (ASD)**
_____
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| NEW IMAGE PRINTERS INC. 23 SANRICO DRIVE PO BOX 1087 MANCHESTER, CT 06045 | - | | | | | | | 2,140.09 |
| Account No. | | | | | | | | |
| NOBLE PINE PRODUCTS CO. 240 EAST 7TH STREET MT VERNON, NY 10550 | - | | | | | | | 205.18 |
| Account No. | | | | | | | | |
| NORTHEAST UTILITIES PO BOX 2960 HARTFORD, CT 06104 | - | | | | | | | 29,717.49 |
| Account No. | | | | | | | | |
| NORWICH BULLETIN 66 FRANKLIN STREET NORWICH, CT 06360 | - | | | | | | | 2,913.84 |
| Account No. | | | | | | | | |
| NSTAR 1 NSTAR WAY WESTWOOD, MA 02090 | - | | | | | | | 1,051.00 |

Sheet no.  **18**  of  **33**   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          36,027.60

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Better Bedding Shops, Inc.**                                    Case No.   **09-20481 (ASD)**
_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| ONE COMMUNICATIONS 220 BEAR HILL ROAD WALTHAM, MA 02451 | - | | | | | | | 6,679.48 |
| Account No. | | | | | | | | |
| PACIFIC COAST FEATHER COMPANY PO BOX 423 WAYNE, NE 68787 | - | | | | | | | 7,933.40 |
| Account No. | | | | | | | | |
| PBCC PITNEY BOWES CREDIT CORP PO BOX 5151 NORWALK, CT 06856 | - | | | | | | | 454.74 |
| Account No. | | | | | | | | |
| PRIORITY EXPRESS 775 BLOOMFIELD AVENUE WINDSOR, CT 06095 | - | | | | | | | 2,580.00 |
| Account No. | | | | | | | | |
| PURETECH WATERS OF AMERICA 256 OAKWOOD DRIVE GLASTONBURY, CT 06033 | - | | | | | | | 1,783.23 |

Sheet no. __19__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    19,430.85

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Better Bedding Shops, Inc.**                                      Case No.    **09-20481 (ASD)**
_____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W | J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| PUTNAM TOWN CRIER & NE LEDGER 158 MAIN STREET - SUITE 9 PUTNAM, CT 06260 | - | | | | | | | 2,760.00 |
| Account No. | | | | | | | | |
| PUTNAM TSC, LLC C/O NE RETAIL PROPERTIES, INC. 150 HARTFORD AVENUE WETHERSFIELD, CT 06109 | - | | | | | | | 10,519.47 |
| Account No. | | | | | | | | |
| QUALITY MOBILE WASHING SERVICE PO BOX 280857 EAST HARTFORD, CT 06128 | - | | | | | | | 240.00 |
| Account No. | | | | | | | | |
| QUEBECOR WORLD PO BOX 98668 CHICAGO, IL 60693-8668 | - | | | | | | | 51,342.06 |
| Account No. | | | | | | | | |
| R.J. LOSTOCCO LEASING, LLC 2 JANSEN STREET DANBURY, CT 06810 | - | | | | | | | 159.00 |

Sheet no.  **20**  of  **33**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                      65,020.53

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Better Bedding Shops, Inc.**                                          Case No.   **09-20481 (ASD)**
_____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>RDM<br>770 BARRY STREET<br>BRONX, NY 10474 | - | | | | | | 1,800.00 |
| Account No.<br><br>RECORD JOURNAL<br>11 CROWN STREET<br>PO BOX 915<br>MERIDEN, CT 06450 | - | | | | | | 7,062.65 |
| Account No.<br><br>REPUBLICAN-AMERICAN<br>389 MEADOW STREET<br>PO BOX 2090<br>WATERBURY, CT 06722 | - | | | | | | 11,308.75 |
| Account No.<br><br>RESPOND FIRST AID SYSTEMS<br>PO BOX 88<br>DURHAM, CT 06422-0088 | - | | | | | | 194.35 |
| Account No.<br><br>RICHARD MARTIN<br>643 MERIDEN-WATERBURY ROAD<br>SOUTHINGTON, CT 06489 | - | | | | | | 37.10 |

Sheet no. __21__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     20,402.85

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Better Bedding Shops, Inc.**                                        Case No.    **09-20481 (ASD)**
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. ROADWAY EXPRESS, INC. PO BOX 471 AKRON, OH 44309 | - | | | | | | | 4,101.06 |
| Account No. ROUTEVIEW TECHNOLOGIES 2999 WEST COUNTY ROAD 42 SUITE 220 BURNSVILLE, MN 55306-6994 | - | | | | | | | 5,224.74 |
| Account No. RWA REGIONAL WATER AUTHORITY 90 SARGENT DRIVE NEW HAVEN, CT 06511-5966 | - | | | | | | | 92.69 |
| Account No. SEALY MATTRESS COMPANY 30 VETERAN MEMORIAL DRIVE GREEN ISLAND, NY 12183 | - | | | | | | | 1,270,636.50 |
| Account No. SERTA MATTRESS COMPANY 61 LEONA DRIVE MIDDLEBORO, MA 02346 | - | | | | | | | 190,132.02 |

Sheet no. __22__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                          1,470,187.01

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Better Bedding Shops, Inc.**                          Case No.    **09-20481 (ASD)**
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| SERVICE MATTERS PO BOX 478 EAST WINDSOR, CT 06088 | - | | | | | | 138.30 |
| Account No. | | | | | | | |
| SHRED-IT CORPORATION, INC. 29 DIANA COURT CHESHIRE, CT 06410 | - | | | | | | 156.88 |
| Account No. | | | | | | | |
| SIMMONS COMPANY 320 BOWLES ROAD AGAWAM, MA 01001 | - | | | | | | 485,893.20 |
| Account No. | | | | | | | |
| SINCLAIR-WGGB-TV PO BOX 8500-9985 PHILADELPHIA, PA 19178 | - | | | | | | 10,360.65 |
| Account No. | | | | | | | |
| SIS COVERS 6707 SHINGLE CREEK PARKWAY BROOKLYN CENTER, MN 55430 | - | | | | | | 2,530.46 |

Sheet no. __23__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    499,079.49

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Better Bedding Shops, Inc.**                                      Case No.    **09-20481 (ASD)**
                                                                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| SOUTHERN CONNECTICUT GAS CO. PO BOX 9269 BRIDGEPORT, CT 06601 | | - | | | | | | 3,224.65 |
| Account No. | | | | | | | | |
| SOUTHERN TEXTILES, INC. PO BOX 697 FORSYTH, GA 31029 | | - | | | | | | 24,684.69 |
| Account No. | | | | | | | | |
| STEARNS & FOSTER BEDDING CO. 30 VETERAN MEMORIAL DRIVE GREEN ISLAND, NY 12183 | | - | | | | | | 1,062.00 |
| Account No. | | | | | | | | |
| STONEBRIDGE PRESS, INC. PO BOX 90 SOUTHBRIDGE, MA 01550 | | - | | | | | | 6,701.37 |
| Account No. | | | | | | | | |
| SYMERIX BUSINESS ESSENTIALS 237 WEST 35TH STREET SUITE 701 New York, NY 10001 | | - | | | | | | 383.40 |

Sheet no. __24__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    36,056.11

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Better Bedding Shops, Inc.**                                                    Case No.    **09-20481 (ASD)**
_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>TEMPURPEDIC, INC.<br>1713 JAGGIE FOX WAY<br>LEXINGTON, KY 40511 | | - | | | | | | 80,533.50 |
| Account No.<br><br>TERMINIX INTERNATIONAL<br>425 HAYDEN STATION ROAD A<br>WINDSOR, CT 06095-1327 | | - | | | | | | 209.88 |
| Account No.<br><br>THE COMPUTER COMPANY, INC.<br>15 COMMERCE DRIVE<br>CROMWELL, CT 06416 | | - | | | | | | 10,629.09 |
| Account No.<br><br>THE HARTFORD COURANT<br>285 BROAD STREET<br>CREDIT DEPARTMENT<br>HARTFORD, CT 06115 | | - | | | | | | 42,202.17 |
| Account No.<br><br>THE PYNE-DAVIDSON COMPANY<br>237 WESTON STREET<br>HARTFORD, CT 06120 | | - | | | | | | 1,263.52 |

Sheet no. __25__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                134,838.16

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Better Bedding Shops, Inc.**                    Case No. __09-20481 (ASD)__
                                                    _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| THE REPUBLICAN SUNDAY REPUBLICAN PO BOX 1930 SPRINGFIELD, MA 01101 | - | | | | | | 48,917.24 |
| Account No. | | | | | | | |
| THE THOMPSON CANDY COMPANY 80 SOUTH VINE STREET MERIDEN, CT 06451 | - | | | | | | 609.51 |
| Account No. | | | | | | | |
| THE TORRINGTON WATER CO PO BOX 867 TORRINGTON, CT 06790 | - | | | | | | 41.31 |
| Account No. | | | | | | | |
| Thomas J. Wholley 89 Ridge Road Glastonbury, CT 06033 | - | | | | | | 132,446.94 |
| Account No. | | | | | | | |
| ULINE 2200 SOUTH LAKESIDE DRIVE WAUKEGAN, IL 60085 | - | | | | | | 125.63 |

| | | |
|---|---|---|
| Sheet no. __26__ of __33__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 182,140.63 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Better Bedding Shops, Inc.**                                      Case No.    **09-20481 (ASD)**
                                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| UNITED ILLUMINATING PO BOX 1564 HARTFORD, CT 06104-2936 | - | | | | | | 4,640.63 |
| Account No. | | | | | | | |
| UNIV. OF CONNECTICUT 2111 HILLSIDE ROAD U-3078 STORRS, CT 06269-3078 | - | | | | | | 100,000.00 |
| Account No. | | | | | | | |
| UPS | - | | | | | | 31.77 |
| Account No. | | | | | | | |
| URSTADT BIDDLE PROPERTIES INC. 321 RAILROAD AVENUE GREENWICH, CT 06830 | - | | | | | | 8,833.69 |
| Account No. | | | | | | | |
| USA HAULING & RECYCLING PO BOX 808 EAST WINDSOR, CT 06088 | - | | | | | | 3,994.61 |

Sheet no. __27__ of __33__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **117,500.70**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Better Bedding Shops, Inc.**    Case No.    **09-20481 (ASD)**

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| VERIZON PO BOX 15150 WORCESTER, MA 01615-0150 | - | | | | | | 2,948.82 |
| Account No. | | | | | | | |
| W.B. MASON COMPANY, INC. PO BOX 111 59 CENTRE STREET BROCKTON, MA 02303 | - | | | | | | 3,113.67 |
| Account No. | | | | | | | |
| WALLINGFORD ELECTRIC DIVISION 100 JOHN STREET WALLINGFORD, CT 06492 | - | | | | | | 589.44 |
| Account No. | | | | | | | |
| WAQY 45 FISHER AVENUE EAST LONGMEADOW, MA 01028 | - | | | | | | 1,929.50 |
| Account No. | | | | | | | |
| WAREHOUSE M AND ASSOCIATES INC 170 TUNNEL ROAD PO BOX 2336 VERNON, CT 06066 | - | | | | | | 24,149.10 |

Sheet no. __28__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    32,730.53

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Better Bedding Shops, Inc.**

Case No.    **09-20481 (ASD)**

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | |
| Account No. <br><br> **WCTX** <br> **P.O. BOX 415080** <br> **BOSTON, MA 02241-5080** | - | | | | | | | 7,916.05 |
| Account No. <br><br> **WDRC** <br> **869 BLUE HILLS AVE.** <br> **BLOOMFIELD, CT 06002** | - | | | | | | | 4,607.00 |
| Account No. <br><br> **WEBE 108 FM** <br> **2 LAFAYETTE SQUARE** <br> **BRIDGEPORT, CT 06604-6000** | - | | | | | | | 2,184.50 |
| Account No. <br><br> **WESLEY ALLEN** <br> **1001 EAST 60TH STREET** <br> **LOS ANGELES, CA 90001** | - | | | | | | | 4,233.41 |
| Account No. <br><br> **WESSHOPS, LLC** <br> **PO BOX 3097** <br> **SPRINGFIELD, MA 01101** | - | | | | | | | 11,319.29 |

Sheet no. __29__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

30,260.25

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Better Bedding Shops, Inc.**                                     Case No.   **09-20481 (ASD)**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> WESTFIELD GAS & ELECTRIC <br> 100 ELM STREET <br> WESTFIELD, MA 01086-0870 | - | | | | | | 3,633.22 |
| Account No. <br><br> WESTFIELD NEWS PUBLISHING, INC <br> 64 SCHOOL STREET <br> PO BOX 930 <br> WESTFIELD, MA 01086-0930 | - | | | | | | 688.50 |
| Account No. <br><br> WEZN-FM <br> 440 WHEELERS FARMS ROAD <br> SUITE 302 <br> MILFORD, CT 06460-9133 | - | | | | | | 6,701.75 |
| Account No. <br><br> WFSB-TV <br> 3 CONSTITUTION PLAZA <br> HARTFORD, CT 06103-1821 | - | | | | | | 40,327.40 |
| Account No. <br><br> WILI <br> 720 MAIN STREET <br> WILLIMANTIC, CT 06226 | - | | | | | | 5,127.20 |

Sheet no. __30__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        56,478.07

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                         Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Better Bedding Shops, Inc.**                                      Case No.   **09-20481 (ASD)**
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W | J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| WINY<br>PO BOX 231<br>PUTNAM, CT 06260 | - | | | | | | | 5,060.90 |
| Account No. | | | | | | | | |
| WOODCOCK REFRIGERATION CO INC<br>30 KENNEDY ROAD<br>PO BOX 1133<br>SOUTH WINDSOR, CT 06074 | - | | | | | | | 10,882.74 |
| Account No. | | | | | | | | |
| WOODGREEN EAST HARTFORD LP<br>SCHOOL STREET PLAZA, LLC<br>6515 MAIN STREET, SUITE 12<br>TRUMBULL, CT 06611 | - | | | | | | | 8,854.32 |
| Account No. | | | | | | | | |
| WPLR FM<br>440 WHEELERS FARMS ROAD<br>SUITE 302<br>MILFORD, CT 06460 | - | | | | | | | 8,674.25 |
| Account No. | | | | | | | | |
| WSHM/CBSTV3<br>ONE MONARCH PLACE<br>SUITE 1320<br>SPRINGFIELD, MA 01144 | - | | | | | | | 6,223.70 |

Sheet no. __31__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **39,695.91**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re     **Better Bedding Shops, Inc.**                                                    Case No.   **09-20481 (ASD)**
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| WTIC -TV BANK OF AMERICA 3562 COLLECTIONS CENTER DRIVE CHICAGO, IL 60693 | - | | | | | | 38,067.25 |
| Account No. | | | | | | | |
| WTNH-8 ONE BROADCAST CENTER CHICOPEE, MA 01013 | - | | | | | | 40,566.25 |
| Account No. | | | | | | | |
| WTXX-TV ONE CORPORATE CENTER HARTFORD, CT 06103 | - | | | | | | 9,452.00 |
| Account No. | | | | | | | |
| WVIT 1422 NEW BRITAIN AVE WEST HARTFORD, CT 06110 | - | | | | | | 15,725.00 |
| Account No. | | | | | | | |
| WWLP PO BOX 2210 SPRINGFIELD, MA 01102 | - | | | | | | 28,730.00 |

Sheet no. __32__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            132,540.50

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Better Bedding Shops, Inc.**                                    Case No.    **09-20481 (ASD)**
_____
                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| WYBC FM 440 WHEELERS FARMS ROAD SUITE 302 MILFORD, CT 06460 | - | | | | | | | 10,773.75 |
| Account No. | | | | | | | | |
| YANKEE GAS SERVICES PO BOX 1050 MERIDEN, CT 06450 | - | | | | | | | 12,145.09 |
| Account No. | | | | | | | | |
| YELLOW BOOK USA PO BOX 580 NEWARK, NJ 07101 | - | | | | | | | 664.35 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __33__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | | Subtotal (Total of this page) | 23,583.19 |
|---|---|---|---|
| | | Total (Report on Summary of Schedules) | 3,870,239.89 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re   **Better Bedding Shops, Inc.**                                    Case No.   **09-20481 (ASD)**
                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **1999 Foxon Road, LLC**<br>**500 Boston Post Road**<br>**Milford, CT 06460** | **Southington, CT Store, 328 Queen Street,**<br>**Southington, CT 06489** |
| **55 Hazard Avenue Assoc. LLC**<br>**PO Box 945**<br>**Farmington, CT 06034-0945** | **Enfield, CT Store, 55 Hazard Avenue, Enfield, CT**<br>**06082** |
| **Albert Ashforth, Inc.**<br>**Lexham Avon, LLC**<br>**PO Box 33633**<br>**Hartford, CT 06150** | **Avon, CT Store, 320 West Main Street, Avon, CT**<br>**06001** |
| **Albert Ashforth, Inc.**<br>**Lexham Avon, LLC**<br>**PO Box 33633**<br>**Hartford, CT 06150** | **West Hartford, CT Store, 135 South Main Street,**<br>**West Hartford, CT 06107** |
| **Ansonia Shipping Center**<br>**501 Madison Avenue**<br>**6th Floor**<br>**New York, NY 10022** | **Ansonia, CT Store, 415 Main Street, Ansonia, CT**<br>**06401** |
| **Auburn Four, LLC**<br>**460 Coe Avenue**<br>**EAST HAVEN, CT 06512** | **Auburn, MA Store, 322 Southbridge Street,**<br>**Auburn, MA 01501** |
| **Barowsky Real Estate, Inc.**<br>**98 Lower Westfield Road**<br>**Holyoke, MA 01040** | **Holyoke, MA Store, 98 Lower Westfield Road,**<br>**Holyoke, MA 01040** |
| **BTA Middletown, LLC**<br>**955 Washington Street**<br>**Middletown, CT 06457** | **Middletown, CT Store, 955 Washington Street,**<br>**Middletown, CT 06457** |
| **C&A Silkoff**<br>**93 Deepwood Road**<br>**Easton, CT 06612** | **Newington, CT Store, 2691 Berlin Turnpike,**<br>**Newington, CT 06489** |
| **Centro Bradley Slater Street L**<br>**PO Box 30906**<br>**#33400004**<br>**New York, NY 10087-0906** | **Manchester, CT Store, 440-A Buckland Hills**<br>**Drive, Manchester, CT 06040** |

2
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Better Bedding Shops, Inc.**                                    Case No. **09-20481 (ASD)**
                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Federal Realty-Bristol Plaza c/o Federal Realty Investment PO Box 8500-9320 Philadelphia, PA 19178-9320 | Bristol, CT Store, 576 Farmington Avenue, Bristol, CT 06010 |
| Fremont Management, LLC 65 LaSalle Road Suite 202 West Hartford, CT 06107 | Corporate Office and Warehouse, 130 Prestige Park Road, East Hartford, CT 06108 |
| GMAC PO Box 9001948 Louisville, KY 40290-1948 | 2007 Chevrolet Tahoe |
| J T & S Truck Rental, Inc. 130 Brainard Road Hartford, CT 06114 | Truck Lease, Units 563, 580, 583, 584, 586 and 592 |
| JMM Properties, LLC PO Box 185598 Hamden, CT 06518 | Branford, CT Store, 803 West Main Street, Branford, CT 06518 |
| MGF, Inc. Unit 7-C Pilgrim's Harbor Wallingford, CT 06492 | Clinton, CT Store, 7 Glenwood Road, Clinton, CT 06413 |
| Naugatuck Valley SC (TIAA) Dept 1095273038922423 PO Box 534414 Atlanta, GA 30353-4414 | Waterbury, CT Store, 910 Wolcott Street, Bldg. L, Waterbury, CT 06705 |
| Phillene M Torone, Trustee 11790 S.W. 2nd Street Plantation, FL 33325-2926 | Orange, CT Store, 484 Boston Post Road, Orange, CT 06477 |
| Putnam TSC, LLC c/o N.E. Retail Prop., Inc. 150 Hartford Avenue Wethersfield, CT 06109 | Putnam, CT Store, 97 Providence Tpke., Putnam, CT 06260 |
| School Street Plaza, LLC Woodgreen Management, Inc. Dept 110062 PO Box 150481 Hartford, CT 06115-0481 | East Hartford, CT Store, 309 Ellington Road, East Hartford, CT 06108 |
| The Price Reit Inc. c/o Kimco Realty Corporation 3333 New Hyde Park Road Suite 100, PO Box 5020 New Hyde Park, NY 11042-0020 | North Haven, CT Store, 373-A Universal Drive, North Haven, CT 06473 |

Sheet __1__ of __2__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Better Bedding Shops, Inc.**                                                    Case No.    **09-20481 (ASD)**
_____
Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Torrington Developers, LLC**<br>**Developers Realty Corp**<br>**Corporate Center West**<br>**433 South Main Street, Ste 310**<br>**West Hartford, CT 06110** | **Torrington, CT Store, 1268-E Main Street,**<br>**Torrington, CT 06790** |
| **Urstadt Biddle Properties Inc.**<br>**321 Railroad Avenue**<br>**Greenwich, CT 06830** | **Springfield, MA Store, 364 Cooley Street,**<br>**Springfield, MA 01128** |
| **Verna Developers**<br>**Circle Plaza Associates, LLC**<br>**PO Box 176**<br>**Wallingford, CT 06492** | **Wallingford, CT Store, 1104 Circle Plaza, North**<br>**Colony Road, Wallingford, CT 06492** |
| **Wesshops, LLC**<br>**Devcon Shops, LLC**<br>**433 South Main Street**<br>**West Hartford, CT 06107** | **Westfield, MA Store, 415 East Main Street,**<br>**Westfield, MA 01085** |

Sheet   **2**   of   **2**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                            Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    **Better Bedding Shops, Inc.**                                                    Case No.    **09-20481 (ASD)**
                                                                        Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **John T. Wholley**<br>**273 Rockwood Drive**<br>**Southington, CT 06489** | **Bank of America, N.A.**<br>**c/o Thomas A. Gugliotti, Esq.**<br>**Updike, Kelly & Spellacy PC**<br>**One State Street**<br>**Hartford, CT 06123** |
| **Thomas J. Wholley**<br>**89 Ridge Road**<br>**Glastonbury, CT 06033** | **Bank of America, N.A.**<br>**c/o Thomas A. Gugliotti, Esq.**<br>**Updike, Kelly & Spellacy PC**<br>**One State Street**<br>**Hartford, CT 06123** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Connecticut

In re __Better Bedding Shops, Inc.__

Debtor(s)

Case No. __09-20481 (ASD)__

Chapter __11__

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __80__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __March 25, 2009__

Signature __/s/ Thomas J. Wholley__

Thomas J. Wholley
President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.