B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
### District of Connecticut

| | | |
|---|---|---|
| In re | Better Bedding Shops, Inc. | Case No. 09-20481 (ASD) |
| | Debtor(s) | Chapter 11 |

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

#### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$2,933,110.93** | **Operation of Business Income - 01/01/2009 to 03/01/2009** |
| **$21,611,427.13** | **Income 2008 (Gross Amount)** |
| **$24,471,005.92** | **Income 2007 (Gross Amount)** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  AMOUNT | SOURCE |
|---|---|

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| See Schedule 3(b) attached | | $0.00 | $0.00 |

None
☐

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| John Wholley | Various throughout year as payroll | $272,004.78 | $0.00 |
| President | | | |

3

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Pamela Wholley** | **Various throughout the year as payroll** | **$26,372.79** | **$0.00** |
| **Wife of President** | | | |
| **Thomas Wholley** | **Various throughout the year as payroll** | **$272,004.78** | **$0.00** |
| **Vice President** | | | |
| **Kathryn Wholley** | **Various throughout the year as payroll** | **$10,965.09** | **$0.00** |
| **Wife of Vice President** | | | |
| **Christine Daly** | **Various throughout the year as payroll** | **$98,172.83** | **$0.00** |
| **Controller and Sister-in-law of President** | | | |
| **Maureen Paquette** | **Various throughout the year as payroll** | **$57,866.74** | **$0.00** |
| **Sister-in-law of President** | | | |
| **Adeline Paquette** | **Various throughout the year as payroll** | **$18,465.00** | **$0.00** |
| **Mother-in-law of President** | | | |

#### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ■   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None ■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

#### 5. Repossessions, foreclosures and returns

None ■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

#### 6. Assignments and receiverships

None ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately
■    preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary
☐    and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions
aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by
either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **American Cancer Society**<br>**22 Richmond Street**<br>**Providence, RI 02903** | **None** | **03/19/2008** | **Donation - $250.00** |
| **Archdiocese of Hartford**<br>**134 Farmington Avenue**<br>**Hartford, CT 06105-3784** | **None** | **04/08/2008** | **Donation - $100.00** |
| **CT Childrens Medical Center**<br>**282 Washington Street**<br>**Hartford, CT 06106** | **None** | **09/25/2008** | **Donation - $1,360.00** |
| **Gray Cancer Center**<br>**c/o Hartford Hospital**<br>**Hartford, CT 06106** | **None** | **10/22/2008** | **Donation - $2,000.00** |

### 8. Losses

None    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or**
■    **since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation
☐    concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year**
immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Rogin Nassau LLC**<br>**CityPlace I, 22nd Floor**<br>**Hartford, CT 06103** | **02/12/2009 - retainer** | **$5,000** |

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Rogin Nassau LLC** **CityPlace I, 22nd Floor** **Hartford, CT 06103** | **02/25/2009 - Paid into trust ($203,000 returned to client)** | **$300,000.00** |
| **Rogin Nassau LLC** **CityPlace I, 22nd Floor** **Hartford, CT 06103** | **03/02/2009 - retainer** | **$75,000** |
| **Rogin Nassau LLC** **CityPlace I, 22nd Floor** **Hartford, CT 06103** | **03/02/2009 - fees and expenses** | **$26,735.85** |

### 10. Other transfers

None ■   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ■   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None ■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None ■   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

6

**14. Property held for another person**

None
■    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

#### 18 . Nature, location and name of business

None □  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Better Bedding Shops, Inc.** | 06-0960736 | **130 Prestige Park Road East Hartford, CT 06108** | Retail Bedding | **May, 1976 to Present** |

None ■  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                        ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

#### 19. Books, records and financial statements

None □  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Christine Daly 130 Prestige Park Road East Hartford, CT 06108** | **1999 - Present** |
| **David Paquette, CPA c/o Paquette Giantonio & Co. LLC 1160 Silas Deane Highway Wethersfield, CT 06109** | **2001 - Present** |

None □  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **David Paquette, CPA** | **c/o Paquette Giantonio & Co. LLC 1160 Silas Deane Highway Wethersfield, CT 06109** | **2001 - Present** |

None ☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Christine Daly** | **130 Prestige Park Road**<br>**East Hartford, CT 06108** |
| **David Paquette, CPA** | **c/o Paquette Giantonio & Co. LLC**<br>**1160 Silas Deane Highway**<br>**Wethersfield, CT 06109** |

None ■   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

### 20. Inventories

None ☐   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| **September 2008** | **Martin Callahan** | **$1,856,955.66** |
| **December 2008** | **Martin Callahan** | **$1,563,305.82** |

None ☐   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **September 2008** | **Martin Callahan**<br>**c/o Better Bedding**<br>**Inventory Control**<br>**130 Prestige Park Road**<br>**East Hartford, CT 06108** |
| **December 2008** | **Martin Callahan**<br>**c/o Better Bedding**<br>**Inventory Control**<br>**130 Prestige Park Road**<br>**East Hartford, CT 06108** |

### 21 . Current Partners, Officers, Directors and Shareholders

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|
| **Thomas Wholley**<br>**130 Prestige Park Road**<br>**East Hartford, CT 06108** | **President** | **Stock - 100%** |

**22 . Former partners, officers, directors and shareholders**

None
■

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None
☐

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|
| John T. Wholley<br>273 Rockwood Drive<br>Southington, CT 06489 | President | 02/27/2009 |

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR<br>**See answer to question 3(c)** | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------------|---------------------------------------|

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------|---------------------------------------|

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date <u>**March 25, 2009**</u>                    Signature   <u>**/s/ Thomas J. Wholley**</u>
                                                                        **Thomas J. Wholley**
                                                                        **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

| DATE | DESCRIPTION | CHECK #<br>REPORT # | DEPOSITS | CHECKS | BALANCE |
|---|---|---|---|---|---|
| **BETTER BEDDING** | | | | | |
| **9361 CHECKING ACCOUNT** | | | | | |
| **CHECK REGISTER** | | | | | |
| **DECEMBER 2008** | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| 12/1 | BALANCE FORWARD | | | | -$10,237.46 |
| | | | 0.00 | 0.00 | -$10,237.46 |
| 12/02/08 | 3089 | | 0.00 | 32,141.23 | -$42,378.69 |
| | | | 0.00 | 0.00 | -$42,378.69 |
| 12/04/08 | 3090-3091 | | 0.00 | 38,570.76 | -$80,949.45 |
| | TRANSFER FROM CHECKING | | 65,000.00 | 0.00 | -$15,949.45 |
| | VOID CK | 3086 | 43,144.00 | 0.00 | $27,194.55 |
| | VOID CK | 3090 | 19,583.76 | 0.00 | $46,778.31 |
| | 3092-3097 | | 0.00 | 32,413.02 | $14,365.29 |
| | | | 0.00 | 0.00 | $14,365.29 |
| 12/08/08 | TRANSFER FROM CHECKING | | 37,989.00 | 0.00 | $52,354.29 |
| | | | 0.00 | 0.00 | $52,354.29 |
| 12/12/08 | 3098-3105 | | 0.00 | 97,970.41 | -$45,616.12 |
| | TRANSFER FROM CHECKING | | 31,987.00 | 0.00 | -$13,629.12 |
| | | | 0.00 | 0.00 | -$13,629.12 |
| 12/15/08 | TRANSFER FROM CHECKING | | 65,983.00 | 0.00 | $52,353.88 |
| | | | 0.00 | 0.00 | $52,353.88 |
| 12/19/08 | 3106-3107 | | 0.00 | 24,796.00 | $27,557.88 |
| | | | 0.00 | 0.00 | $27,557.88 |
| 12/22/08 | TRANSFER FROM CHECKING | | 22,228.00 | 0.00 | $49,785.88 |
| | | | 0.00 | 0.00 | $49,785.88 |
| 12/22/08 | WASHOUT 3108 | | 0.00 | 0.00 | $49,785.88 |
| | | | 0.00 | 0.00 | $49,785.88 |
| 12/23/08 | 3109 | | 0.00 | 277.50 | $49,508.38 |
| | TRANSFER FROM CHECKING | | 2,568.00 | 0.00 | $52,076.38 |
| | | | 0.00 | 0.00 | $52,076.38 |
| 12/29/08 | 3110-3115 | | 0.00 | 125,927.86 | -$73,851.48 |
| | | | 0.00 | 0.00 | -$73,851.48 |
| 12/30/08 | TRANSFER FROM CHECKING | | 105,554.00 | 0.00 | $31,702.52 |
| | | | 0.00 | 0.00 | $31,702.52 |
| 12/15/09 | ACCOUNT ANALYSIS FEE | | 0.00 | 11.24 | $31,691.28 |
| | | | 0.00 | 0.00 | $31,691.28 |
| | | | 0.00 | 0.00 | $31,691.28 |
| | | | 0.00 | 0.00 | $31,691.28 |
| | | | 0.00 | 0.00 | $31,691.28 |
| | | | 0.00 | 0.00 | $31,691.28 |
| | | | 0.00 | 0.00 | $31,691.28 |
| | | | 0.00 | 0.00 | $31,691.28 |
| | | | 0.00 | 0.00 | $31,691.28 |
| | | | 0.00 | 0.00 | $31,691.28 |
| | | | 0.00 | 0.00 | $31,691.28 |
| | | | 0.00 | 0.00 | $31,691.28 |
| | | | 0.00 | 0.00 | $31,691.28 |
| | | | 0.00 | 0.00 | $31,691.28 |
| | | | 0.00 | 0.00 | $31,691.28 |
| | | | 0.00 | 0.00 | $31,691.28 |

Sys Ref: AP.25                          -=- Better Bedding Shops, Inc. -=-                    10:56:47  12/02/08
Payment Date: 12/02/08                Check Register for 1010 FLEET VENDOR DISCOUNTS          Page: 1

| Ck Number | Vendor Number | Vendor Name | Voucher Number | Tr Cd | - Vendor Number | Invoice -- Date | Purchase Order No | Gross Amount | Discount Taken | N e t Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 3089 | 1388 | SIMMONS COMPANY | 158630 | 1 | 16315269 | 09/06/08 | 59175 | 20943.00 | 0.00 | 20943.00 |
| | | | 158837 | 1 | 16315836 | 09/11/08 | 59177 | 220.00 | 0.00 | 220.00 |
| | | | 158839 | 1 | 16315838 | 09/11/08 | 59206 | 9095.00 | 0.00 | 9095.00 |
| | | | 158840 | 1 | 16315925 | 09/12/08 | 59219 | 120.00 | 0.00 | 120.00 |
| | | | 158842 | 1 | 16315927 | 09/12/08 | 59218 | 293.00 | 0.00 | 293.00 |
| | | | 158911 | 1 | 16316401 | 09/19/08 | 59258 | 245.50 | 0.00 | 245.50 |
| | | | 159053 | 1 | 16316754 | 09/25/08 | 59263 | 220.00 | 0.00 | 220.00 |
| | | | 159054 | 1 | 16316755 | 09/25/08 | 59265 | 105.00 | 0.00 | 105.00 |
| | | | 159055 | 1 | 16316756 | 09/26/08 | 59264 | 120.00 | 0.00 | 120.00 |
| | | | 159264 | 1 | 16317267 | 10/03/08 | 59329 | 130.00 | 0.00 | 130.00 |
| | | | 159602 | 1 | 16317882 | 10/16/08 | 59363 | 220.00 | 0.00 | 220.00 |
| | | | 159758 | 1 | 16318367 | 10/24/08 | 59434 | 120.00 | 2.40 | 117.60 |
| | | | 159759 | 1 | 16318368 | 10/24/08 | 59435 | 120.00 | 2.40 | 117.60 |
| | | | 159763 | 1 | 16318283 | 10/23/08 | 59354 | 198.50 | 3.97 | 194.53 |

                                                              CHECK TOTAL:    32150.00      8.77    32141.23

                                          Total checks printed: 1    Grand Total:    32150.00      8.77    32141.23

End of Report AP.25

Payment Date: 03/04/09    Case 09-20481    Doc 60    Check Register for 2010 Fleet Vendor Discounts Filed 03/27/09    Entered 03/27/09 15:24:17    Desc Main    12/04/08

Better Bedding Shops, Inc.

Document    Page 12 of 25    Page: 1

| Check Number | Vendor Number | Vendor Name | Voucher Number | Tr Cd | - Vendor Number | Invoice -- Date | Purchase Order No | Gross Amount | Discount Taken | N e t Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 3090 | I388 | SIMMONS COMPANY | 155469 | 2 | 1679866 | 05/05/08 | | 478.76 | 0.00 | 478.76 |
| | | | 158841 | 1 | 16315926 | 09/12/08 | 59231 | 19105.00 | 0.00 | 19105.00 |
| | | | | | | | CHECK TOTAL: | 19583.76 | 0.00 | 19583.76 |
| 3091 | 1432 | TEMPURPEDIC, INC. | 159861 | 1 | 2355192 | 10/27/08 | 59463 | 4145.00 | 0.00 | 4145.00 |
| | | | 159862 | 1 | 2355195 | 10/27/08 | 59454 | 10834.00 | 0.00 | 10834.00 |
| | | | 159863 | 1 | 2356689 | 10/28/08 | 59481 | 2196.00 | 0.00 | 2196.00 |
| | | | 159864 | 1 | 2356488 | 10/28/08 | 59450 | 1812.00 | 0.00 | 1812.00 |
| | | | | | | | CHECK TOTAL: | 18987.00 | 0.00 | 18987.00 |
| | | | | | Total checks printed: 2 | | Grand Total: | 38570.76 | 0.00 | 38570.76 |

End of Report AP.25

**Bank of America**                     Online Banking

**Make Transfer: Complete**

### Your transfer request has been received.
Please print a copy of this page for your records.

| | | | |
|---|---|---|---|
| **From:** | Full Analysis Busn Chk - 7856 | **New Balance:** | $174,098.57 |
| **To:** | Full Analysis Busn Chk - 9361 | **New Balance:** | $103,482.36 |

| **Amount** | **Transfer Date** | **Confirmation Number** |
|---|---|---|
| $65,000.00 | 12/04/2008 | 8412588693 |

Transfers you submit to a checking or savings account before the daily cut-off time of
10:45 p.m. ET on any day, will be credited to your account on the same day. Payments
are processed at the end of the day. Please make sure there are sufficient funds in the
payment account; otherwise you may incur a fee.

| Check Number | Vendor Number Vendor Name | Voucher Number | Tr Cd | - Vendor Number | Invoice -- Date | Purchase Order No | Gross Amount | Discount Taken | Net Amount |
|---|---|---|---|---|---|---|---|---|---|
| 3093 1375 | SEALY MATTRESS COMPANY | 160390 | 12 | CM01551951 | 11/26/08 | | (16897.57) | 0.00 | (16897.57) |
| | | 160392 | 12 | CM01551950 | 11/26/08 | | (7914.18) | 0.00 | (7914.18) |
| | | 160393 | 12 | CM01551949 | 11/26/08 | | (6567.30) | 0.00 | (6567.30) |
| | | 160394 | 12 | CM01551948 | 11/26/08 | | (2152.20) | 0.00 | (2152.20) |
| | | 160395 | 12 | CM01551946 | 11/26/08 | | (12706.72) | 0.00 | (12706.72) |
| | | 160396 | 12 | CM01551945 | 11/26/08 | | (13274.22) | 0.00 | (13274.22) |
| | | 160397 | 12 | CM01551944 | 11/26/08 | | (21098.84) | 0.00 | (21098.84) |
| | | 160398 | 12 | CM01551943 | 11/26/08 | | (4300.56) | 0.00 | (4300.56) |
| | | 160399 | 12 | CM01551952 | 11/26/08 | | (2506.28) | 0.00 | (2506.28) |
| | | 160207 | 11 | CM01547670 | 11/11/08 | | (751.00) | 0.00 | (751.00) |
| | | 160208 | 11 | CM01547747 | 11/11/08 | | (4171.00) | 0.00 | (4171.00) |
| | | 160386 | 11 | CM1550220A | 11/19/08 | | (3414.00) | 0.00 | (3414.00) |
| | | 160387 | 11 | CM01550241 | 11/19/08 | | (4343.00) | 0.00 | (4343.00) |
| | | 158564 | 2 | 01537488 | 08/27/08 | | 767.00 | 0.00 | 767.00 |
| | | 159595 | 2 | MAY/JUNE 08 | 10/01/08 | | 8482.00 | 0.00 | 8482.00 |
| | | 158621 | 1 | 01538381 | 09/03/08 59169 | | 161.00 | 0.00 | 161.00 |
| | | 158695 | 1 | 01538897 | 09/04/08 59185 | | 30293.00 | 0.00 | 30293.00 |
| | | 158696 | 1 | 01538945 | 09/04/08 59185 | | 12851.00 | 0.00 | 12851.00 |
| | | 158699 | 1 | 01539463 | 09/08/08 59204 | | 22230.00 | 0.00 | 22230.00 |
| | | 158829 | 1 | 01539970 | 09/12/08 59229 | | 2255.00 | 0.00 | 2255.00 |
| | | 158830 | 1 | 01540270 | 09/12/08 59229 | | 2255.00 | 0.00 | 2255.00 |
| | | 158867 | 1 | 01540923 | 09/17/08 59259 | | 20565.00 | 0.00 | 20565.00 |
| | | 159211 | 1 | 01541964 | 10/01/08 59302 | | 726.50 | 0.00 | 726.50 |
| | | | | | | CHECK TOTAL: | 488.63 | 0.00 | 488.63 |
| 3094 1380 | SERTA MATTRESS COMPANY | 159085 | 1 | 8550 | 09/30/08 59254 | | 577.39 | 0.00 | 577.39 |
| | | 159297 | 1 | 221545 | 10/07/08 59359 | | 6883.00 | 0.00 | 6883.00 |
| | | 159298 | 1 | 221546 | 10/07/08 59359 | | 70.00 | 0.00 | 70.00 |
| | | 159497 | 1 | 221760 | 10/10/08 59366 | | 164.00 | 0.00 | 164.00 |
| | | 159501 | 1 | 221761 | 10/10/08 59365 | | 90.00 | 0.00 | 90.00 |
| | | 159502 | 1 | 221762 | 10/10/08 59376 | | 5425.00 | 0.00 | 5425.00 |
| | | | | | | CHECK TOTAL: | 13209.39 | 0.00 | 13209.39 |
| 3096 1388 | SIMMONS COMPANY | 160360 | 11 | CM1674697 | 11/22/08 | | (422.00) | 0.00 | (422.00) |
| | | 160361 | 11 | CM1674703 | 11/22/08 | | (985.00) | 0.00 | (985.00) |
| | | 160362 | 11 | CM1674704 | 11/22/08 | | (651.00) | 0.00 | (651.00) |
| | | 160363 | 11 | CM1674706 | 11/22/08 | | (985.00) | 0.00 | (985.00) |
| | | 160364 | 11 | CM1674707 | 11/22/08 | | (419.00) | 0.00 | (419.00) |
| | | 160365 | 11 | CM1674708 | 11/22/08 | | (985.00) | 0.00 | (985.00) |
| | | 160367 | 11 | CM1674736 | 11/22/08 | | (117.00) | 0.00 | (117.00) |
| | | 160368 | 11 | CM1674737 | 11/22/08 | | (985.00) | 0.00 | (985.00) |
| | | 160369 | 11 | CM1674738 | 11/22/08 | | (449.00) | 0.00 | (449.00) |
| | | 160370 | 11 | CM1674739 | 11/22/08 | | (117.00) | 0.00 | (117.00) |
| | | 160371 | 11 | CM1674740 | 11/22/08 | | (137.00) | 0.00 | (137.00) |
| | | 160372 | 11 | CM1674741 | 11/22/08 | | (985.00) | 0.00 | (985.00) |
| | | 160373 | 11 | CM1674742 | 11/22/08 | | (985.00) | 0.00 | (985.00) |
| | | 160374 | 11 | CM1674743 | 11/22/08 | | (985.00) | 0.00 | (985.00) |
| | | 160375 | 11 | CM1674744 | 11/22/08 | | (985.00) | 0.00 | (985.00) |

| Check Number | Vendor Number | Vendor Name | Voucher Number | Tr Cd | - Vendor Number | Invoice -- Date | Purchase Order No | Gross Amount | Discount Taken | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| : | | | 160376 | 11 | CM1674745 | 11/22/08 | | (985.00) | 0.00 | (985.00) |
| | | | 160377 | 11 | CM1674746 | 11/22/08 | | (746.00) | 0.00 | (746.00) |
| | | | 160378 | 11 | CM1674747 | 11/22/08 | | (490.00) | 0.00 | (490.00) |
| | | | 160379 | 11 | CM1674748 | 11/22/08 | | (117.00) | 0.00 | (117.00) |
| | | | 160380 | 11 | CM1674749 | 11/22/08 | | (630.00) | 0.00 | (630.00) |
| | | | 160381 | 11 | CM1674774 | 11/22/08 | | (790.00) | 0.00 | (790.00) |
| | | | 158841 | 1 | 16315926 | 09/12/08 | 59231 | 19105.00 | 0.00 | 19105.00 |
| | | | 158910 | 1 | 16316222 | 09/17/08 | 59252 | 13445.00 | 0.00 | 13445.00 |
| | | | | | | | CHECK TOTAL: | 18600.00 | 0.00 | 18600.00 |
| 3097 1416 | | SEALY MATTRESS COMPANY | 158849 | 11 | CM01540691 | 09/16/08 | | (542.00) | 0.00 | (542.00) |
| | | | 160384 | 11 | CM01550220 | 11/19/08 | | (343.00) | 0.00 | (343.00) |
| | | | 157821 | 1 | 01535363 | 08/13/08 | 59062 | 1000.00 | 0.00 | 1000.00 |
| | | | | | | | CHECK TOTAL: | 115.00 | 0.00 | 115.00 |
| | | | | | Total checks printed: 4 | | Grand Total: | 32413.02 | 0.00 | 32413.02 |

End of Report AP.25

SYS REF: AP.85.RPT

00:06:21  12/05/08

VOIDED CHECK REGISTER FOR 1010 FLEET VENDOR DISCOUNTS  Day Ending: 12/04/08

--- Better Bedding Shops, Inc. ---

PAGE: 2

| CHECK | VENDOR | | VOUCHER | TR | - VENDOR INVOICE -- | | PURCHASE | GROSS | DISCOUNT | N E T |
|-------|--------|--|---------|----|---------------------|--|----------|-------|----------|-------|
| BER NUMBER | V E N D O R   N A M E | | NUMBER | CD | NUMBER | DATE | ORDER NO | AMOUNT | TAKEN | AMOUNT |
| 3086 1375 | SEALY MATTRESS COMPANY | | | | | | | | | |
| | | | 158695 | 1 | 01538897 | 09/04/08 | 59185 | 30293.00 | 0.00 | 30293.00 |
| | | | 158696 | 1 | 01538945 | 09/04/08 | 59185 | 12851.00 | 0.00 | 12851.00 |
| | | | | | | CHECK TOTAL: | | 43144.00 | 0.00 | 43144.00 ✓ |
| 3090 1388 | SIMMONS COMPANY | | | | | | | | | |
| | | | 155469 | 2 | 1679866 | 05/05/08 | | 478.76 | 0.00 | 478.76 |
| | | | 158841 | 1 | 16315926 | 09/12/08 | 59231 | 19105.00 | 0.00 | 19105.00 |
| | | | | | | CHECK TOTAL: | | 19583.76 | 0.00 | 19583.76 ✓ |

TOTAL CHECKS VOIDED: 2    BANK TOTAL:    62727.76    0.00    62727.76

END OF REPORT AP.85.RPT

 **Bank of America**                    Online Banking

---

**Make Transfer: Complete**

### Your transfer request has been received.
Please print a copy of this page for your records.

| | | | |
|---|---|---|---|
| **From:** | Full Analysis Busn Chk - 7856 | **New Balance:** | $261,734.48 |
| **To:** | Full Analysis Busn Chk - 9361 | **New Balance:** | $141,471.36 |

| **Amount** | **Transfer Date** | **Confirmation Number** |
|---|---|---|
| $37,989.00 | 12/08/2008 | 8765724596 |

Transfers you submit to a checking or savings account before the daily cut-off time of
10:45 p.m. ET on any day, will be credited to your account on the same day. Payments
are processed at the end of the day. Please make sure there are sufficient funds in the
payment account; otherwise you may incur a fee.

Sys Ref: AP.25
Payment Date: 12/12/08

Comfort Bedding Shops, Inc.
Check Register for 1010 FLEET VENDOR DISCOUNTS

10:08:09  12/11/08
Page: 1

| Check<br>)er | Vendor<br>Number | Vendor Name | Voucher<br>Number | Tr<br>Cd | - Vendor<br>Number | Invoice --<br>Date | Purchase<br>Order No | Gross<br>Amount | Discount<br>Taken | N e t<br>Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 3098 | 1135 | COMFORTAIRE | 160139 | 12 | CM1053 | 11/01/08 | | (1840.10) | 0.00 | (1840.10) |
| | | | 154642 | 2 | 0869856 | 04/10/08 | | 191.88 | 0.00 | 191.88 |
| | | | 159087 | 1 | 75482 | 09/26/08 | 59306 | 9012.00 | 0.00 | 9012.00 |
| | | | | | | | CHECK TOTAL: | 7363.78 | 0.00 | 7363.78 |
| 3099 | 1197 | GOLDBOND | 159093 | 1 | S62861001 | 10/01/08 | 59321 | 1660.36 | 0.00 | 1660.36 |
| | | | | | | | CHECK TOTAL: | 1660.36 | 0.00 | 1660.36 |
| 3100 | 1197 | GOLDBOND | 159354 | 1 | S63141001 | 10/08/08 | 59362 | 2944.77 | 0.00 | 2944.77 |
| | | | | | | | CHECK TOTAL: | 2944.77 | 0.00 | 2944.77 |
| 3101 | 1375 | SEALY MATTRESS COMPANY | 160513 | 12 | CM01551453 | 12/02/08 | | (489.00) | 0.00 | (489.00) |
| | | | 160514 | 11 | CM1551453A | 12/02/08 | | (3241.00) | 0.00 | (3241.00) |
| | | | 160515 | 11 | CM01551592 | 12/02/08 | | (2317.00) | 0.00 | (2317.00) |
| | | | 158831 | 1 | 01540484 | 09/15/08 | 59251 | 12751.00 | 0.00 | 12751.00 |
| | | | 158843 | 1 | 01539931 | 09/10/08 | 59228 | 25127.00 | 0.00 | 25127.00 |
| | | | | | | | CHECK TOTAL: | 31831.00 | 0.00 | 31831.00 |
| 3102 | 1380 | SERTA MATTRESS COMPANY | 159554 | 1 | 221879 | 10/14/08 | 59391 | 1376.00 | 0.00 | 1376.00 |
| | | | 159555 | 1 | 221880 | 10/14/08 | 59382 | 369.00 | 0.00 | 369.00 |
| | | | 159556 | 1 | 221881 | 10/14/08 | 59396 | 82.00 | 0.00 | 82.00 |
| | | | 159571 | 1 | 222049 | 10/16/08 | 59405 | 3452.00 | 0.00 | 3452.00 |
| | | | 159572 | 1 | 222050 | 10/16/08 | 59405 | 428.00 | 0.00 | 428.00 |
| | | | | | | | CHECK TOTAL: | 5707.00 | 0.00 | 5707.00 |
| 3103 | 1388 | SIMMONS COMPANY | 158629 | 1 | 16315268 | 09/06/08 | 59174 | 130.00 | 0.00 | 130.00 |
| | | | 158838 | 1 | 16315837 | 09/11/08 | 59206 | 28545.00 | 0.00 | 28545.00 |
| | | | 159057 | 1 | 16316834 | 09/26/08 | 59298 | 3312.00 | 0.00 | 3312.00 |
| | | | | | | | CHECK TOTAL: | 31987.00 | 0.00 | 31987.00 |
| 3104 | 1416 | SEALY MATTRESS COMPANY | 160543 | 11 | CMWASHOUT | 12/11/08 | | (666.40) | 0.00 | (666.40) |
| | | | 160544 | 2 | WASHRA30669 | 12/11/08 | | 680.00 | 13.60 | 666.40 |
| | | | | | | | CHECK TOTAL: | 13.60 | 13.60 | 0.00 |
| 3105 | 1432 | TEMPURPEDIC, INC. | 160210 | 1 | 2360961 | 11/05/08 | 59521 | 1246.50 | 0.00 | 1246.50 |
| | | | 160211 | 1 | 2366252 | 11/12/08 | 59560 | 1140.00 | 0.00 | 1140.00 |
| | | | 160260 | 1 | 2363100 | 11/10/08 | 59525 | 14090.00 | 0.00 | 14090.00 |
| | | | | | | | CHECK TOTAL: | 16476.50 | 0.00 | 16476.50 |

Total checks printed: 8   Grand Total:   97984.01   13.60   97970.41

of Report AP.25

**Bank of America**                     Online Banking

**Make Transfer: Complete**

**Your transfer request has been received.**
Please print a copy of this page for your records.

| | | | |
|---|---|---|---|
| **From:** | Full Analysis Busn Chk - 7856 | **New Balance:** | $227,149.67 |
| **To:** | Full Analysis Busn Chk - 9361 | **New Balance:** | $120,399.91 |

| **Amount** | **Transfer Date** | **Confirmation Number** |
|---|---|---|
| $31,987.00 | 12/11/2008 | 9025840569 |

Transfers you submit to a checking or savings account before the daily cut-off time of
10:45 p.m. ET on any day, will be credited to your account on the same day. Payments
are processed at the end of the day. Please make sure there are sufficient funds in the
payment account; otherwise you may incur a fee.



## Bank of America

Online Banking

### Make Transfer: Complete

**Your transfer request has been received.**
**Please print a copy of this page for your records.**

|  |  |  |  |
|---|---|---|---|
| **From:** | Full Analysis Busn Chk - 7856 | **New Balance:** | $314,625.01 |
| **To:** | Full Analysis Busn Chk - 9361 | **New Balance:** | $185,779.28 |

| **Amount** | **Transfer Date** | **Confirmation Number** |
|---|---|---|
| $65,983.00 | 12/15/2008 | 9354810621 |

Transfers you submit to a checking or savings account before the daily cut-off time of 10:45 p.m. ET on any day, will be credited to your account on the same day. Payments are processed at the end of the day. Please make sure there are sufficient funds in the payment account; otherwise you may incur a fee.

| Check | Vendor | | | Voucher | Tr | - Vendor | Invoice -- | Purchase | Gross | Discount | N e t |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Number | Number | V e n d o r | N a m e | Number | Cd | Number | Date | Order No | Amount | Taken | Amount |
| 3106 | 1380 | SERTA MATTRESS COMPANY | | 160568 | 12 | CNC12678 | 12/08/08 | | (6269.20) | 0.00 | (6269.20) |
| | | | | 160595 | 11 | CMR615481 | 12/09/08 | | (1344.00) | 0.00 | (1344.00) |
| | | | | 160004 | 1 | 222382 | 10/23/08 | 59440 | 6272.00 | 0.00 | 6272.00 |
| | | | | 160005 | 1 | 222267 | 10/21/08 | 59427 | 3909.00 | 0.00 | 3909.00 |
| | | | | | | | | CHECK TOTAL: | 2567.80 | 0.00 | 2567.80 |
| 3107 | 1388 | SIMMONS COMPANY | | 160593 | 12 | CM1071963 | 12/09/08 | | (7774.80) | 0.00 | (7774.80) |
| | | | | 158912 | 1 | 16316400 | 09/19/08 | 59260 | 24007.00 | 0.00 | 24007.00 |
| | | | | 159056 | 1 | 16316757 | 09/25/08 | 59285 | 5996.00 | 0.00 | 5996.00 |
| | | | | | | | | CHECK TOTAL: | 22228.20 | 0.00 | 22228.20 |
| | | | | | | Total checks printed: 2 | | Grand Total: | 24796.00 | 0.00 | 24796.00 |

End of Report AP.25

**Bank of America**                     Online Banking

---

**Make Transfer: Complete**

### Your transfer request has been received.
**Please print a copy of this page for your records.**

| | | | |
|---|---|---|---|
| **From:** | Full Analysis Busn Chk - 7856 | **New Balance:** | $163,136.76 |
| **To:** | Full Analysis Busn Chk - 9361 | **New Balance:** | $97,132.63 |

| **Amount** | **Transfer Date** | **Confirmation Number** |
|---|---|---|
| $22,228.00 | 12/22/2008 | 9961129447 |

Transfers you submit to a checking or savings account before the daily cut-off time of 10:45 p.m. ET on any day, will be credited to your account on the same day. Payments are processed at the end of the day. Please make sure there are sufficient funds in the payment account; otherwise you may incur a fee.

| CHECK VENDOR<br>NUMBER NUMBER | V E N D O R   N A M E | VOUCHER<br>NUMBER | TR<br>CD | - VENDOR INVOICE --<br>NUMBER    DATE | PURCHASE<br>ORDER NO | GROSS<br>AMOUNT | DISCOUNT<br>TAKEN | N E T<br>AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3104 1416 | STEARNS & FOSTER BEDDING CO. | | | | | | | |
| | | 160543 | 11 | CMWASHOUT | | 0.00 | 0.00 | 0.00 |
| | | 160544 | 2 | WASHRA3066 12/11/08 | | 680.00 | 13.60 | 666.40 |
| | | | | | CHECK TOTAL: | 680.00 | 13.60 | 666.40 |

```
                                                     ==================================
                        TOTAL CHECKS VOIDED: 1      BANK TOTAL:    680.00    13.60    666.40
```

END OF REPORT AP.85.RPT

| Check Number | Vendor Number | Vendor   Name | Voucher Number | Tr Cd | - Vendor Number | Invoice -- Date | Purchase Order No | Gross Amount | Discount Taken | N e t Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 3108 | 1416 | SEALY MATTRESS COMPANY | 160543 | 11 | CMWASHOUT | 12/11/08 | | <680.00> | 0.00 | <680.00> |
|  |  |  | 160544 | 2 | WASHRA30669 | 12/11/08 | | 680.00 | 0.00 | 680.00 |
|  |  |  |  |  |  |  | CHECK TOTAL: | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  | Total checks printed: 1 | | Grand Total: | 0.00 | 0.00 | 0.00 |

End of Report AP.25

3104 - VOID

-0-
wash out

| Check Number | Vendor Number | Vendor Name | Voucher Number | Tr Cd | - Vendor Number | Invoice -- Date | Purchase Order No | Gross Amount | Discount Taken | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 3109 1432 | | TEMPURPEDIC, INC. | 160728 | 11 | CH2384373 | 12/17/08 | | (9839.00) | 0.00 | (9839.00) |
| | | | 160729 | 2 | 2384373 | 12/17/08 | | 360.00 | 0.00 | 360.00 |
| | | | 160261 | 1 | 2366039 | 11/13/08 | 59384 | 1472.00 | 0.00 | 1472.00 |
| | | | 160262 | 1 | 2366040 | 11/13/08 | 59486 | 5780.00 | 0.00 | 5780.00 |
| | | | 160469 | 1 | 2364755 | 11/12/08 | 59565 | 185.50 | 0.00 | 185.50 |
| | | | 160470 | 1 | 2365532 | 11/13/08 | 59567 | 43.50 | 0.00 | 43.50 |
| | | | 160472 | 1 | 2369932 | 11/20/08 | 59592 | 1819.50 | 0.00 | 1819.50 |
| | | | 160511 | 1 | 2373538 | 11/26/08 | 59628 | 456.00 | 0.00 | 456.00 |

CHECK TOTAL: 277.50   0.00   277.50

Total checks printed: 1   Grand Total: 277.50   0.00   277.50

End of Report AP.25