| Check  | Vendor |             | Voucher | Tr | - Vendor | Invoice -- | Purchase | Gross   | Discount | N e t   |
|--------|--------|-------------|---------|----|----------|------------|----------|---------|----------|---------|
| Number | Number | V e n d o r  N a m e | Number | Cd | Number | Date | Order No | Amount | Taken | Amount |

|        |        |         |            |           |           |
|--------|--------|---------|------------|-----------|-----------|
|        |        |         | CHECK TOTAL: | 127.15  | 0.00    | 127.15  |
|        |        | Total checks printed: 21 | Grand Total: | 136156.77 | 0.00 | 136156.77 |

End of Report AP.25

```
Sys Ref: AP.25                          --- Better Bedding Shops, Inc. ---           14:06:35  02/24/09
Payment Date: 02/24/09                   Check Register for 1000 FLEET BANK                    Page: 1

Check   Vendor                           Voucher  Tr  - Vendor         Invoice --  Purchase   Gross       Discount   Net
Number  Number  Vendor   Name            Number   Cd    Number           Date      Order No   Amount       Taken    Amount

  82468 1008  AOP, INC.                  161565   2   416580          01/23/09                 183.32       0.00    183.32
                                         161772   2   427510          01/30/09                 193.36       0.00    193.36
                                         162022   2   436992          02/06/09                 176.86       0.00    176.86
                                                                                          ------------------------------------
                                                                                 CHECK TOTAL:  553.54       0.00    553.54

  82469 1143  COMCAST                    161378   2   877340016JAN09  01/02/09                 100.88       0.00    100.88
                                                                                          ------------------------------------
                                                                                 CHECK TOTAL:  100.88       0.00    100.88

  82470 1148  SECRETARY OF THE STATE     162168   2   0005182 FILING  02/23/09                  75.00       0.00     75.00
                                                                                          ------------------------------------
                                                                                 CHECK TOTAL:   75.00       0.00     75.00

  82471 1189  FIRST HSA                  162192   2   06-0960736 2/27 02/24/09                 123.00       0.00    123.00
                                                                                          ------------------------------------
                                                                                 CHECK TOTAL:  123.00       0.00    123.00

  82472 1194  FIRST INSURANCE FUNDING CORP 162193  2   111280-10944818 02/11/09                649.14       0.00    649.14
                                                                                          ------------------------------------
                                                                                 CHECK TOTAL:  649.14       0.00    649.14

  82473 1213  GUARDIAN GROUP PENSIONS    162155   2   601481 2/20/09  02/20/09                1229.27       0.00   1229.27
                                         162191   2   601481 2/27     02/24/09                1319.66       0.00   1319.66
                                                                                          ------------------------------------
                                                                                 CHECK TOTAL: 2548.93       0.00   2548.93

  82474 1228  N G & E                    161520   2   065595045492J09 01/06/09                1172.27       0.00   1172.27
                                                                                          ------------------------------------
                                                                                 CHECK TOTAL: 1172.27       0.00   1172.27

  82475 1316  PAQUETTE GIANTONIO & CO. LLC 162166 2   YE 2008          02/23/09                9000.00      0.00   9000.00
                                                                                          ------------------------------------
                                                                                 CHECK TOTAL: 9000.00       0.00   9000.00

  82476 1325  PEERLESS INSURANCE COMPANY 162047   2   300371840FEB09  02/04/09                8168.33       0.00   8168.33
                                                                                          ------------------------------------
                                                                                 CHECK TOTAL: 8168.33       0.00   8168.33

  82477 1340  RDM BEDDING, INC.          161426   2   2444            01/14/09                 225.00       0.00    225.00
                                         161427   2   2449            01/19/09                 225.00       0.00    225.00
                                         161678   2   2465            01/31/09                 225.00       0.00    225.00
                                         161788   2   2474            02/04/09                 225.00       0.00    225.00
                                         162053   2   2476            02/11/09                 225.00       0.00    225.00
                                                                                          ------------------------------------
                                                                                 CHECK TOTAL: 1125.00       0.00   1125.00

  82478 1370  SCOTT B. FRANKLIN & ASSOCIATES 162164 2 NOV             02/23/09                 206.25       0.00    206.25
                                         162165   2   FEB SERVICES    02/23/09                1375.00       0.00   1375.00
```

| Check Number | Vendor Number | Vendor Name | Voucher Number | Tr Cd | - Vendor Number | Invoice Date | Purchase Order No | Gross Amount | Discount Taken | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | CHECK TOTAL: | 1581.25 | 0.00 | 1581.25 |
| 82479 | 1370 | CT SECRETARY OF STATE | 162175 | 2 | OFFICER/DIRECTO | 02/23/09 | | 10.00 | 0.00 | 10.00 |
| | | | | | | | CHECK TOTAL: | 10.00 | 0.00 | 10.00 |
| 82480 | MISC | REASSURE AMERICA LIFE INS CO | 162169 | 2 | VINE 020206 | 02/23/09 | | 1381.00 | 0.00 | 1381.00 |
| | | | | | | | CHECK TOTAL: | 1381.00 | 0.00 | 1381.00 |
| 82481 | RFND | PAUL DENAIO | 162161 | 02 | | 02/23/09 | 110794557 | 20.00 | 0.00 | 20.00 |
| | | | | | | | CHECK TOTAL: | 20.00 | 0.00 | 20.00 |
| 82482 | RFND | TAHRA KEYES | 162162 | 02 | | 02/23/09 | 101786550 | 100.00 | 0.00 | 100.00 |
| | | | | | | | CHECK TOTAL: | 100.00 | 0.00 | 100.00 |
| 82483 | RFND | TONYA VALERIANO | 162170 | 02 | | 02/23/09 | 106795287 | 73.14 | 0.00 | 73.14 |
| | | | | | | | CHECK TOTAL: | 73.14 | 0.00 | 73.14 |
| 82484 | RFND | YALITZA MERCADO | 162188 | 02 | | 02/24/09 | 117795537 | 84.75 | 0.00 | 84.75 |
| | | | | | | | CHECK TOTAL: | 84.75 | 0.00 | 84.75 |
| 82485 | RFND | KATHLEEN HAYNES | 162189 | 02 | | 02/24/09 | 108795613 | 200.00 | 0.00 | 200.00 |
| | | | | | | | CHECK TOTAL: | 200.00 | 0.00 | 200.00 |
| | | | | | Total checks printed: 18 | | Grand Total: | 26966.23 | 0.00 | 26966.23 |

End of Report AP.25

| Check Number | Vendor Number | Vendor Name | Voucher Number | Tr Cd | - Vendor Number | Invoice Date | Purchase Order No | Gross Amount | Discount Taken | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 82486 | 1234 | INTERNATION BEDDING DEPOSITORY | 160870 | 1 | 757069 | 12/12/08 | 59683 | 5514.00 | 0.00 | 5514.00 |
|  |  |  |  |  |  | CHECK TOTAL: |  | 5514.00 | 0.00 | 5514.00 |
| 82487 | 1316 | PAQUETTE GIANTONIO & CO. LLC | 162194 | 2 | 6020 | 02/24/09 |  | 7500.00 | 0.00 | 7500.00 |
|  |  |  |  |  |  | CHECK TOTAL: |  | 7500.00 | 0.00 | 7500.00 |
| 82488 | 1375 | SEALY MATTRESS COMPANY | 161662 | 1 | 01558768 | 01/20/09 | 59857 | 24844.00 | 0.00 | 24844.00 |
|  |  |  | 161679 | 1 | 01559102 | 01/21/09 | 59865 | 3363.00 | 0.00 | 3363.00 |
|  |  |  |  |  |  | CHECK TOTAL: |  | 28207.00 | 0.00 | 28207.00 |
| 82489 | RFND | ROBERT P FITZGERALD | 162196 | 02 |  | 02/25/09 | 118794853 | 61.53 | 0.00 | 61.53 |
|  |  |  |  |  |  | CHECK TOTAL: |  | 61.53 | 0.00 | 61.53 |
| 82490 | RFND | SUSAN MOSCATO | 162197 | 02 |  | 02/25/09 | 120741425 | 100.00 | 0.00 | 100.00 |
|  |  |  |  |  |  | CHECK TOTAL: |  | 100.00 | 0.00 | 100.00 |
|  |  |  |  |  | Total checks printed: 5 | Grand Total: |  | 41382.53 | 0.00 | 41382.53 |

End of Report AP.25

Sys Ref: AP.25  Case 09-20481  Doc 60-7  Filed 03/27/09  Entered 03/27/09 15:24:17  Desc  02/25/09
Payment Date: 02/25/09                    Volume(s) Part 8 of 8 SLEEP  Page 4 of 9                         Page: 1

```
SYS REF: AP.85.RPT                                                                                              00:05:50 02/26/09
                              VOIDED CHECK REGISTER FOR  1000  FLEET BANK   Day Ending: 02/25/09                PAGE: 1

CHECK  VENDOR                            VOUCHER   TR    - VENDOR INVOICE --   PURCHASE      GROSS    DISCOUNT       N E T
NUMBER NUMBER  V E N D O R   N A M E     NUMBER    CO    NUMBER       DATE     ORDER NO     AMOUNT     TAKEN        AMOUNT

62475  1316   PAQUETTE GIANTONIO & CO. LLC
                                         162166    2    YE 2008    02/23/09                9000.00      0.00       9000.00
                                                                                        ------------------------------------
                                                                             CHECK TOTAL:  9000.00      0.00       9000.00


                                                                                        ====================================
                                                     TOTAL CHECKS VOIDED: 1    BANK TOTAL: 9000.00      0.00       9000.00 ✓

END OF REPORT AP.85.RPT
```

```
Sys Ref: AP.25                         = Better Bedding Shops, Inc =                    16:12:50  02/25/09
Payment Date: 02/25/09                 Check Register for 1000 FLEET BANK                Page: 1

Check   Vendor                          Voucher  Tr  - Vendor    Invoice --  Purchase    Gross     Discount        N e t
Number  Number  V e n d o r    N a m e  Number   Cd    Number       Date    Order No    Amount      Taken         Amount

82491   1316   PAQUETTE GIANTONIO & CO. LLC  162166   2   6021      01/31/09              9000.00      0.00         9000.00
                                                                                        ----------------------------------
                                                                          CHECK TOTAL:    9000.00      0.00         9000.00

82492   1316   PAQUETTE GIANTONIO & CO. LLC  162206   2   6022      02/23/09              3000.00      0.00         3000.00
                                                                                        ----------------------------------
                                                                          CHECK TOTAL:    3000.00      0.00         3000.00
                                                                                        ==================================
                                       Total checks printed: 2   Grand Total:            12000.00      0.00        12000.00
```

End of Report AP.25

```
Sys Ref: AP.25                         Better Bedding Shops, Inc.                              14:31:18   02/26/09
Payment Date: 02/26/09                 Check Register for 2000 FLEET BANK                              Page: 1

Check     Vendor                              Voucher   Tr  - Vendor     Invoice --  Purchase    Gross      Discount        N e t
Number    Number   V e n d o r    N a m e     Number    Cd    Number        Date     Order No   Amount       Taken         Amount

  82493  1416  SEALY MATTRESS COMPANY         162230    11  CM01561599    02/26/09              (4345.00)     0.00        (4345.00)
                                              162231     2  WASHRA306682  02/26/09               4345.00      0.00         4345.00
                                                                                                ------------------------------------
                                                                               CHECK TOTAL:         0.00      0.00             0.00
                                                                                                ====================================
                                              Total checks printed: 1    Grand Total:               0.00      0.00             0.00

End of Report AP.25
```

```
Payment Date: 02/26/09                        Check Register for 1009-FLEET BANK                              Page: 1

Check   Vendor                          Voucher  Tr  - Vendor      Invoice --  Purchase    Gross     Discount    N e t
Number  Number  V e n d o r   N a m e   Number   Cd    Number        Date      Order No    Amount     Taken      Amount


 82494  1375  SEALY MATTRESS COMPANY    162232   12  CM01561599    02/26/09               (5407.00)    0.00      (5407.00)
                                        161679    1   01559102     01/21/09 59865         10635.00    0.00      10635.00
                                        162204    1   01564166     02/19/09 60006          6747.00    0.00       6747.00
                                                                                         ---------------------------------
                                                                            CHECK TOTAL:  11975.00    0.00      11975.00

 82495  RFND  THERESA ATKINS            162225   02                02/26/09 116794871       105.95    0.00        105.95
                                                                                         ---------------------------------
                                                                            CHECK TOTAL:    105.95    0.00        105.95

 82496  RFND  JOSE MARTINEZ             162226   02                02/26/09 102795231        73.14    0.00         73.14
                                                                                         ---------------------------------
                                                                            CHECK TOTAL:     73.14    0.00         73.14

 82497  RFND  BILL KRECK                162227   02                02/26/09 117792222       127.15    0.00        127.15
                                                                                         ---------------------------------
                                                                            CHECK TOTAL:    127.15    0.00        127.15
                                                                                         =================================
                                                Total checks printed: 4   Grand Total:    12281.24    0.00      12281.24  ✓

End of Report AP.25
```

```
Sys Ref: AP.25                                    BETTER BEDDING SHOPS, INC.                              PAITRNO 8474/769
ayment Date: 02/27/09                          Check Register for 1000 FLEET BANK                         Page: 1

Check    Vendor                          Voucher   Tr   - Vendor    Invoice --  Purchase      Gross      Discount      N e t
Number   Number   V e n d o r   N a m e  Number    Cd   Number         Date     Order No      Amount      Taken       Amount

 82498  1004   CASH                       162195    2   636          02/24/09                 12488.80     0.00       12488.80
                                          162302    2   W/E 2/28     02/27/09                 23697.25     0.00       23697.25
                                                                                             -----------------------------------
                                                                                CHECK TOTAL:  36186.05     0.00       36186.05
                                                                                             ===================================
                                                        Total checks printed: 1   Grand Total:  36186.05   0.00       36186.05
```

id of Report AP.25